IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED
JUL - 6 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

LONG TERM CARE PHARMACY )
ALLIANCE, *et al.*, )
        Plaintiffs, )
)
v. )
)
UNITEDHEALTH GROUP, INC., et al. )
        Defendants. )
)

CASE NUMBER 1:06CV01221

JUDGE: Ellen Segal Huvelle

DECK TYPE: TRO/Preliminary Injunction

DATE STAMP: 07/06/2006

## PLAINTIFF'S RULE 7.1 DISCLOSURE CERTIFICATE

I, the undersigned, counsel of record for Plaintiffs Long Term Care Pharmacy Alliance ("LTCPA") and American Society of Consultant Pharmacists ("ASCP") certify that to the best of my knowledge and belief, both Plaintiffs are trade associations, and neither has any parent companies, subsidiaries or affiliates other than their member companies which have any outstanding securities in the hands of the public. The LTCPA is a national trade association organized as a Delaware Limited Liability Corporation. LTCPA's members include: Omnicare, Inc.; Kindred Pharmacy Services, Inc.; and PharMerica, Inc. LTCPA has not issued shares to the public, although some of LTCPA's individual members have done so. Omnicare is a publicly held traded corporation (NYSE: OCR); Kindred Pharmacy Services is a separate operating division of Kindred Healthcare, Inc.; and PharMerica is a wholly-owned subsidiary of AmerisourceBergen Corporation (NYSE: ABC). ASCP is also a national trade association incorporated with its principle place of business in Alexandria, Virginia, with thousands of members throughout the United States.

These representations are made in order that judges of this Court may determine the need for recusal.

4815310

2

Respectfully submitted,

*[signature]*

David J. Farber (D.C. Bar No. 415899)
Harry Silver (D.C. Bar No. 168104)
PATTON BOGGS LLP
2550 M Street, N.W.
Washington, D.C. 20037
Telephone: (202) 457-6000
Facsimile: (202) 457-6315

Counsel for Plaintiffs

Dated: July 6, 2006

4815310