# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| **LONG TERM CARE PHARMACY ALLIANCE and AMERICAN SOCIETY OF CONSULTANT PHARMACISTS,**<br><br>Plaintiffs,<br><br>v.<br><br>**UNITEDHEALTH GROUP, INC.**<br><br><br><br>Defendant. | ) ) ) ) ) ) ) ) ) ) ) ) ) )     Civil Action No. 1:06-cv-01221 |

## PLAINTIFFS' NOTICE OF WITHDRAWAL OF MOTION FOR TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION

Pursuant to Defendant's representation that it will refrain from disbursing improper co-payment reimbursement checks to eligible Medicare Part D beneficiaries as described in the attached email, Plaintiffs Long Term Care Pharmacy Alliance and American Society of Consultant Pharmacists, on their own behalf and by and on behalf of their members and through their

undersigned counsel, withdraw without prejudice their Motion for Temporary Restraining Order

and Motion for Preliminary Injunction filed with this Court on July 6, 2006.

Respectfully submitted,

David Farber (D.C. Bar No. 415899)
Harry R. Silver (D.C. Bar No. 168104)
PATTON BOGGS LLP
2550 M Street, N.W.
Washington, D.C.  20037
Telephone:  (202) 457-6000
Facsimile:  (202) 457-6315

Counsel for Plaintiffs

Dated:  July 6, 2006

4815699

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 7th day of July, 2006, a true and correct copy of the foregoing Plaintiffs' Notice of Withdrawal of Motion for Temporary Restraining Order and Preliminary Injunction was served by electronic mail and U.S. mail upon:

> Ann E. Tobin, Esq.
> Deputy General Counsel
> UnitedHealth Group
> 9900 Bren Road East
> Minnetonka, MN 55343
> ann_e_tobin@uhc.com
>
> Jaqueline Albright, Esq.
> Deputy General Counsel
> UnitedHealth Group
> 9900 Bren Road East
> Minnetonka, MN 55343
> Jackie_alrbight@uhc.com

David J. Farber (D.C. Bar No. 415899)
PATTON BOGGS LLP
2550 M Street, N.W.
Washington, D.C. 20037
Telephone: (202) 457-6000
Facsimile: (202) 457-6315

Counsel for Plaintiffs

Dated: July 6, 2006

4815699