**Farber, David**

| | |
|---|---|
| From: | Ann E Tobin [ann_e_tobin@uhc.com] |
| Sent: | Thursday, July 06, 2006 2:14 PM |
| To: | Silver, Harry; Farber, David |
| Cc: | Jaquelyn_E_Albright |
| Subject: | Motion for TRO |

Harry,

This email will confirm our telephone conversation today regarding the Motion for Temporary Restraining Order and Preliminary Injunction filed by your firm on behalf of the Long Term Care Pharmacy Alliance and the American Society of Consultant Pharmacists against UnitedHealth Group.

As I indicated, we agree not to mail checks to, or otherwise reimburse, Part D beneficiaries who are nursing home residents where the checks/reimbursements are related to recalculated copayment amounts impacted by low income subsidy status, unless we first give notice to you at least one week before mailing the checks and/or otherwise providing the reimbursement. The only exception to this agreement is that we will continue to mail checks and provide reimbursement to beneficiaries who call or otherwise contact us to ask for their payment. This agreement applies to all of the Part D beneficiaries insured by UnitedHealth Group companies, including our stand alone Prescription Drug Plans and Medicare Advantage Prescription Drug Plans.

Per our conversation, you agree to take the TRO hearing off the court's calendar and to send me an email indicating this agreement.

Regards,

Ann

Ann E. Tobin
Deputy General Counsel
Ovations, a UnitedHealth Group Company
9900 Bren Road East
MN008-T500
Minnetonka, MN   55343
952-936-7236 (office)
952-936-4933   (fax)
ann_e_tobin@uhc.com

This e-mail, including attachments, may include confidential and/or proprietary information, and may be used only by the person or entity to which it is addressed. If the reader of this e-mail is not the intended recipient or his or her authorized agent, the reader is hereby notified that any dissemination, distribution or copying of this e-mail is prohibited. If you have received this e-mail in error, please notify the sender by replying to this message and delete this e-mail immediately.