IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LONG TERM CARE PHARMACY ALLIANCE,<br>1776 Massachusetts Avenue, N.W., Suite 410<br>Washington, D.C. 20036, and<br><br>AMERICAN SOCIETY OF<br>  CONSULTANT PHARMACISTS,<br>1321 Duke Street,<br>Alexandria, VA 22314,<br>　　　　　　　　　　Plaintiffs,<br><br>　　　　　v.<br><br>UNITEDHEALTH GROUP, INC.,<br><br>,<br>　　　　　　　　　　Defendant. | Case No: 01:06CV01221 |

## NOTICE OF SUMMONS RETURNED UNEXECUTED

Plaintiffs Long Term Care Pharmacy Alliance and American Society of Consultant Pharmacists hereby submit this Notice of Summons Returned Unexecuted. The Summons, Return of Service, Complaint, and other papers were served on CT Corporation System as registered agent for Defendant. CT Corporation System returned the papers stating that Defendant UnitedHealth Group, Inc. is not listed on their records as a corporate entity for which it is registered agent in the District of Columbia.

4819615

                    Respectfully submitted,

_/s/_____
David Farber (D.C. Bar No. 415899)
Harry Silver (D.C. Bar No. 168104)
PATTON BOGGS LLP
2550 M Street, N.W.
Washington, D.C. 20037
Telephone: (202) 457-6000
Facsimile: (202) 457-6315

Counsel for Plaintiffs

Dated: July 26, 2006