Exhibit B

Exhibit B



CT
1015 15th Street NW
Suite 1000
Washington, DC 20005-2606

202 572 3133 tel
202 572 9633 fax
www.ctlegalsolutions.com

July 14, 2006


David Farber
Patton Boggs
2550 M Street, N.W.,
Washington, DC 20037

Re: Long Term Care Pharmacy Alliance, et al., Pltfs. vs. UnitedHealth Group, Inc., Dft.
Case No. 1:06CV01221

Dear Sir/Madam:

We are herewith returning the Summons, Return of Service, Notice, Complaint, Relief Request, Verification and Exhibits which we received regarding the above captioned matter.

UnitedHealth Group, Inc. is not listed on our records or on the records of the State of DC.

Very truly yours,



Mark Diffenbaugh
Fulfillment Manager

Log# 511314506

cc: (DC) District of Columbia District Court
    United States Courthouse,
    1225 E. Barrett Prettyman,
    333 Constitution Avenue, N.W.,
    Washington, DC 20001

cc: New York SOP Support

    Federal Express Tracking #7919 9686 2060




DC HOME | ABOUT DC | RESIDENTS | BUSINESS | VISITORS | DC GOVERNMENT | Kids

Anthony A. Williams

## Organization Information



**DCRA HOME**

**SERVICES**
Basic Business License
Business Resource Center
Building/Land Regs
Compliance/Enforcement
Organization Registration
Inspections
Land Plats
Licensing Center
Building Plan Review
 Status
Permits

**INFORMATION**

**ONLINE SERVICE REQUESTS**

## Registered Organization Search
STEP 1 2 3 Your Search Results

Searched for: **United Health**

We have found the following results for your query. Click on the radio button next to the organization you wish to view, then click the **Continue To** button below to view the organization's registration information and status.

| Organization Name / State | Status | Date | File No. |
|---|---|---|---|
| ○ UNITED HEALTH CONCERN D.C. ASSOCIATES, INC., DC | REVOKED | 11/30/1992 | 924168 |
| ○ UNITED HEALTH SERVICES, INC., MD | REVOKED | 7/29/1986 | 862958 |
| ○ UNITED HEALTHCARE OF THE DISTRICT OF COLUMBIA, INC., DC | MERGED | 8/26/1996 | 962804 |
| ○ UNITED HEALTHCARE SERVICES, INC., MN | ACTIVE | 11/27/1990 | 904172 |
| ○ UNITED HEALTHCARE, INC., DC | MERGED | 2/16/1982 | 820738 |

Page 1

[Return To Organization Homepage]  [Print Page]  [New Search]  [Continue To >>]  Review Organization Information

For more information, contact the Corporation Division at (202) 442-4400 or email us.

Government of the District of Columbia
Citywide Call Center : (202) 727-1000
TTY/TDD Directory

Telephone Directory by Topic | Agencies |
DC Council | Search | Elected Officials
Feedback | Translation | Accessibility |
Privacy & Security | Terms & Conditions

John A. Wilson Building
1350 Pennsylvania Avenue, NW
Washington, DC 20004