**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |  |
|---|---|---|
| LONG TERM CARE PHARMACY ALLIANCE and AMERICAN SOCIETY OF CONSULTANT PHARMACISTS, | ) ) ) ) ) | |
| Plaintiffs, | ) ) | Civil Case No. **1:06CV01221 (ESH)** |
| v. | ) ) | |
| UNITEDHEALTH GROUP, INC., 9900 Bren Road East, Minnetonka, MN 55343, | ) ) ) ) ) | |
| Defendant. | ) ) | |

**CONSENT MOTION TO EXTEND DEFENDANT'S TIME**
**TO RESPOND TO THE COMPLAINT**

   UnitedHealth Group, Incorporated ("United") appears for the limited purpose of requesting an extension of time to respond to the Complaint filed by Plaintiffs Long Term Care Pharmacy Alliance ("LTCPA") and American Society of Consultant Pharmacists ("ASCP"). Counsel for United has conferred with counsel for LTCPA and ASCP and has been advised that LTCPA and ASCP consent to an extension of time until September 11, 2006 for United to respond to the Complaint.

WHEREFORE, United respectfully requests that the Court enter an Order granting this Motion and extending United's time to respond to the Complaint to Monday, September 11, 2006.

DATED:   August 9, 2006


____/s/__Mark C. Nielsen_____
THOMAS F. FITZGERALD (D.C. Bar No. 358232 )
MICHAEL J. PRAME (D.C. Bar No. 451017)
MARK C. NIELSEN (D.C. Bar No. 465220)
GROOM LAW GROUP, CHARTERED
1700 Pennsylvania Ave, N.W.
Washington, DC 20006
Phone: 202-857-0620
Fax: 202-659-4503

Counsel for Defendant

## **CERTIFICATE OF SERVICE**

I hereby certify that on August 9, 2006, a true and correct copy of the foregoing was served via first class mail on:

>David Farber, Esq.
>Harry Silver, Esq.
>PATTON BOGGS LLP
>2550 M Street, N.W.
>Washington, D.C. 20037
>
>Counsel for Plaintiffs

                                      /s/ Mark C. Nielsen
                                      Mark C. Nielsen