# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LONG TERM CARE PHARMACY ALLIANCE and AMERICAN SOCIETY OF CONSULTANT PHARMACISTS, ) ) ) ) ) Plaintiffs, ) ) v. ) ) UNITEDHEALTH GROUP, INC., ) ) Defendant. ) | Civil Case No. **1:06CV01221 (ESH)** |

## [PROPOSED] ORDER

Upon consideration of the Consent Motion to Extend Defendant's Time to Respond to the Complaint (the "Motion"), and good cause appearing:

IT IS HEREBY ORDERED that:

1. the Motion is GRANTED; and

2. Defendant shall have until Monday, September 11, 2006 to respond to the Complaint.

 _____
 ELLEN S. HUVELLE
 United States District Judge

DATED: This _____ day of August, 2006.

DAVID FARBER (D.C. Bar No. 415899)
HARRY SILVER (D.C. Bar No. 168104)
PATTON BOGGS LLP
2550 M Street, N.W.
Washington, D.C. 20037
Phone: 202-457-6000
Fax: 202-457-6315

Counsel for Plaintiffs


THOMAS F. FITZGERALD (D.C. Bar No. 358232 )
MICHAEL J. PRAME (D.C. Bar No. 451017)
MARK C. NIELSEN (D.C. Bar No. 465220)
GROOM LAW GROUP, CHARTERED
1700 Pennsylvania Ave, N.W.
Washington, DC 20006
Phone: 202-857-0620
Fax: 202-659-4503

Counsel for Defendant