# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Long Term Care Pharmacy Alliance and American Society of Consultant Pharmacists )<br><br>Plaintiffs )<br><br>v. )<br><br>UnitedHealth Group, Inc. )<br><br>Defendant ) | Case No.: 1:06-CV-01221 (ESH) |

## Proposed Order

Having considered the Motion to Dismiss Plaintiffs' Complaint filed by Defendant UnitedHealth Group Incorporated ("UHG") for lack of subject matter jurisdiction, lack of personal jurisdiction, and for failure to state a claim upon which relief can be granted, Plaintiffs' Opposition thereto, and the Defendant's Reply, it is hereby:

**ORDERED** that the Defendant's Motion to Dismiss is GRANTED, and the Complaint is dismissed with prejudice.

Dated this ____ day of _____ 2006

_____
Ellen Segal Huvelle
United States District Judge

Counsel to be notified:

| | |
|---|---|
| David Farber, Esq. | Thomas F. Fitzgerald, Esq. |
| Harry Silver, Esq. | Michael J. Prame, Esq. |
| Patton Boggs | Mark C. Nielsen, Esq. |
| 2550 M Street, NW | Groom Law Group, Chartered |
| Washington, DC 20037 | 1701 Pennsylvania Avenue, NW |
| | Washington, DC 20006 |
| dfarber@pattonboggs.com | tff@groom.com |
| hsilver@pattonboggs.com | mjp@groom.com |
| | mcn@groom.com |
| **Counsel for Plaintiffs** | **Counsel for Defendant** |