# Exhibit 7




• Home   • Mission   • Policy   • Links   • Contact Us   • Login    Search

**LTCPA**
Long Term Care
Pharmacy Alliance

Providing medicines to
over one million of our
nation's long-term care
residents

## Mission

The LTCPA advocates for the interests of the long-term care pharmacy community, which ultimately affects the daily care of the many r women currently living in long-term care settings. By providing a national, unified voice on major issues, such as long-term care pharma specialized nursing facility pharmacy services and the new Medicare prescription drug benefit, the LTCPA highlights the critical issues c surrounding the pharmacy needs for more than 60 percent of the nation's long-term care residents.

The Long Term Care Pharmacy Alliance (LTCPA) is comprised of three major national long-term care pharmacies - Kindred Pharmacy Omnicare, and PharMerica; as well as several smaller organizations. Together, LTCPA member companies serve more than 1.2 million three out of every five residents of long-term care facilities - through networks of nearly 500 pharmacies nationwide. LTCPA members s in providing pharmacy services to nursing facility residents who take an average of eight medications a day and thus require special car monitoring.

These specialized services include;

- Conducting regular safety reviews to determine if any changes are needed in their medications
- Dispensing of drugs in specialized packaging systems that reduce the possibility of medication errors and are the standard of c: nursing facilities
- Delivering round-the-clock attention to critical and emergency medications to meet long-term care regulatory requiremen
- Preparing and dispensing intravenous medication solutions, a service that retail pharmacies typically do not provide
- Providing considerable on-site support and consultation to nursing facilities and other institutional providers.

Read more: **Long-Term Care Pharmacies vs. Retail Pharmacies** (PDF)

For more information on long-term care pharmacies, please call the LTCPA at 877-834-7762.

Copyright © 2006, Long Term Care Pharmacy Alliance, All Rights Reserved.
1776 Massachusetts Ave., N.W. Suite 410 | Washington, DC 20036 | 202-386-7559
Reproduction of material from any LTCPA.org pages without written permission is strictly prohibited