# Exhibit 8

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Long Term Care Pharmacy Alliance and American Society of Consultant Pharmacists <br><br> Plaintiffs <br><br> v. <br><br> UnitedHealth Group Inc. <br><br> Defendant | ) ) ) ) ) ) ) Case No.: 1:06-CV-01221 (ESH) ) ) ) ) ) |

### Declaration of Juanita B. Luis

Pursuant to section 28 U.S.C. § 1746, I, Juanita B. Luis, declare under penalty of perjury that the following is true and correct:

1. I am over 21 years of age, and I am competent to make this Declaration.

2. I make this Declaration based on personal knowledge.

3. I am employed as the Associate General Counsel for United HealthCare Services, Inc., a wholly owned subsidiary of UnitedHealth Group Incorporated ("UHG") which is named as a defendant in this matter.

4. My responsibilities include maintenance of the organization chart for UHG and its affiliates, which includes familiarity with where they are incorporated and qualified to do business.

5. UHG is a holding company that is incorporated and only qualified to do business in the State of Minnesota.

6. UHG operates only in the State of Minnesota.

7. UHG is not qualified in and does not conduct business in the District of Columbia.

8. As a holding company, UHG owns subsidiaries that operate throughout the United States, including certain subsidiaries that operate in the District of Columbia.

Executed in Minnetonka, Minnesota, on September 11, 2006.

_____
Juanita B. Luis

State of Minnesota )
County of Hennepin )

On September 11, 2006 before me, Kathryn Josephson, a Notary Public in and for said County, personally appeared Juanita C. Luis, who satisfactorily identified herself as the Declarant of the above-reference Declaration, and executed the Declaration in my presence.

_____
Notary Public's Signature

KATHRYN E. L. JOSEPHSON
NOTARY PUBLIC-MINNESOTA
My Commission Expires Jan. 31, 2009

My Commission Expires: 1/31/09