## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Long Term Care Pharmacy Alliance and American Society of Consultant Pharmacists<br><br>    Plaintiffs<br><br>v.<br><br>UnitedHealth Group Inc.<br><br>    Defendant | )<br>)<br>)<br>)<br>)<br>) Case No.: 1:06-CV-01221 (ESH)<br>)<br>)<br>)<br>)<br>)<br>) |

### Disclosure of Corporate Affiliation and Financial Interest

Certificate required by L. Cv. R. 7.1 of the Local Rules of the United States District Court for the District of Columbia:

I, the undersigned, counsel of record for UnitedHealth Group Incorporated ("UHG") (NYSE: UNH), certify that to the best of my knowledge and belief, there are no parent companies, subsidiaries or affiliates of UHG which have any outstanding securities in the hands of the public.

September 11, 2006

Respectfully submitted,

    /s/ Mark C. Nielsen
Thomas F. Fitzgerald (Bar No. 358232)
Michael J. Prame (Bar No. 451017)
Mark C. Nielsen (Bar No. 465220)
Groom Law Group, Chartered
1701 Pennsylvania Avenue, NW
Washington, DC  20006
Telephone:     202.857.0620
Facsimile:     202.659.4503
Email:         tff@groom.com
               mjp@groom.com
               mcn@groom.com