IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LONG TERM CARE PHARMACY ALLIANCE,<br>1776 Massachusetts Avenue, N.W., Suite 410<br>Washington, D.C. 20036, and<br>AMERICAN SOCIETY OF<br>CONSULTANT PHARMACISTS,<br>1321 Duke Street,<br>Alexandria, VA 22314,<br>       Plaintiffs,<br><br>v.<br><br>UNITEDHEALTH GROUP, INC.,<br>PACIFICARE HEALTH SYSTEMS, INC.,<br>and RxSOLUTIONS, INC. d/b/a<br>PRESCRIPTION SOLUTIONS,<br>       Defendant. | Case No: 01:06CV01221 |

## STIPULATED EXTENSION OF TIME FOR PLAINTIFFS TO RESPOND TO DEFENDANT'S MOTION TO DISMISS

Plaintiffs and Defendants hereby stipulate and agree to extend the time period for Plaintiff's response to Defendant's Motion To Dismiss, filed on September 11, 2006, until October 20, 2006. This extension is intended to allow the parties an opportunity to continue to confer on the subject of this motion in an effort to resolve the dispute. A proposed order is attached to this motion.

Respectfully submitted,

/s/ David Farber
David Farber (D.C. Bar No. 415899)
Harry Silver
PATTON BOGGS LLP
2550 M Street, N.W.
Washington, D.C. 20037
Telephone: (202) 457-6000
Facsimile: (202) 457-6315

Counsel for Plaintiffs

/s/ Thomas F. Fitzgerald tel. auth. 9/21/06
Thomas F. Fitzgerald
Mark C. Nielsen
GROOM LAW GROUP, CHARTERED
1701 Pennsylvania Avenue, NW
Suite 1200
Washington, DC 20009
Telephone: (202) 861-5429
Facsimile: (202) 659-4503

Counsel for Defendants

Dated: September 15, 2006