IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LONG TERM CARE PHARMACY ALLIANCE, 1776 Massachusetts Avenue, N.W., Suite 410 Washington, D.C. 20036, and AMERICAN SOCIETY OF CONSULTANT PHARMACISTS, 1321 Duke Street, Alexandria, VA 22314,<br>        Plaintiffs,<br><br>v.<br><br>UNITEDHEALTH GROUP, INC., PACIFICARE HEALTH SYSTEMS, INC., and RxSOLUTIONS, INC. d/b/a PRESCRIPTION SOLUTIONS,<br>        Defendant. | Case No: 01:06CV01221 |

ORDER EXTENDING TIME FOR PLATINTIFF'S
RESPONSE TO DEFENDANT'S MOTION TO DISMISS

Upon consideration of the stipulation filed by the parties, and good cause appearing,

IT IS HEREBY ORDERED that:

1.  Plaintiffs shall have until Friday, October 20, 2006 to respond to Defendant's Motion To Dismiss.

                     ELLEN S. HUVELLE
                     United States District Court Judge

Dated: This ____ day of September, 2006