AO 440 (Rev. DC - September 2003) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

LONG TERM CARE PHARMACY ALLIANCE
and
AMERICAN SOCIETY OF CONSULTANT
PHARMACISTS,

V.

UNITEDHEALTH GROUP, INC

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 06-1221 ESH

1:06CV01221  Judge: Ellen Segal Huvelle

TO: (Name and address of Defendant)

UNITEDHEALTH GROUP, INC
c/o CT CORPORATION SYSTEM
405 Second Avenue South
Suite 454
Minneapolis, MN 55401
Phone: 612-333-4315
Fax: 612-333-2624

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

David Farber
Patton Boggs
2550 M Street, NW
Washington, D.C. 20037

an answer to the complaint which is served on you with this summons, within __20__ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY MAYER-WHITTINGTON

CLERK

(By) DEPUTY CLERK

DATE: JUL 20 2006

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me⁽¹⁾* | 7-21-06 @ 11:25 am |

| NAME OF SERVER (PRINT) | TITLE |
|---|---|
| Eric Lappegard | Private Process Server |

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): By serving Deb Van Ness, Agent, authorized to accept. Service was completed at 401 2nd Avenue, South, Suite 454, Minneapolis, MN 55401

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____
            Date            Signature of Server

CAPITOL PROCESS SERVICES
1827 18TH STREET, N.W.
WASHINGTON, D.C. 20009
Address of Server
(202) 667-0050

* Notice of Right to Consent to Trial Before a United States Magistrate Judge; Verified Complaint for Declaratory and Injunctive Relief with Exhibits 1-3; Plaintiff's Rule 7.1 Disclosure Certificate; Plaintiff's Motion for Temporary Restraining Order and Preliminary Injunction; Memorandum of Points and Authorities in Support of Plaintiff's Motion for Temporary Restraining Order and Preliminary Injunction; Plaintiff's Certification and Request for Expedited Hearing; (proposed) Order; Declaration of Paul Baldwin; Exhibits 1-4 and Initial Electronic Case Filing Order

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.