IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
                                                            )
LONG TERM CARE PHARMACY ALLIANCE, )
1776 Massachusetts Avenue, N.W., Suite 410  )
Washington, D.C. 20036, and                     )
AMERICAN SOCIETY OF                            )
CONSULTANT PHARMACISTS,                   )
1321 Duke Street,                                      )
Alexandria, VA 22314,                               )
                              Plaintiffs,                  )
                                                            )
            v.                                                )   Case No.: 01:06CV01221 (ESH)
                                                            )
UNITEDHEALTH GROUP, INC.,                 )
PACIFICARE HEALTH SYSTEMS, INC.,     )
and RxSOLUTIONS, INC. d/b/a                  )
PRESCRIPTION SOLUTIONS,                    )
                              Defendant.                 )
_____)

ORDER EXTENDING TIME FOR PLAINTIFF'S
RESPONSE TO DEFENDANT'S MOTION TO DISMISS

Upon consideration of the stipulation filed by the parties, and good cause appearing,

IT IS HEREBY ORDERED that:

1.   Plaintiffs shall have until Monday, December 4, 2006, to respond to Defendant's Motion To Dismiss.

                                                            _____
                                                            ELLEN S. HUVELLE
                                                            United States District Court Judge

        Dated: This ____ day of October, 2006