UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LONG TERM CARE PHARMACY ALLIANCE, *et al.*, )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>UNITEDHEALTH GROUP, INC., )<br>)<br>Defendant. ) | Civil Action No. 06-1221 (ESH) |

**ORDER**

Upon consent of counsel, it is hereby

**ORDERED** that this case is **DISMISSED**. The dismissal shall be without prejudice for a period of 45 days from the date of this Order. If the case is not reopened by the parties within that 45-day period, the matter shall, without further order, stand dismissed <u>with</u> prejudice.

**SO ORDERED.**

                              /s/
                    ELLEN SEGAL HUVELLE
                    United States District Judge

Date: November 16, 2006