Declaration of Thomas Clark

Exhibit # 1



# Bylaws
## American Society of Consultant Pharmacists

ARTICLE I
CONSTITUTION

The Constitution of the American Society of Consultant Pharmacists shall be the Certificate of Incorporation.

ARTICLE II
NAME, SEAL, AND INSIGNIA

SECTION 1. The Society shall be known as the American Society of Consultant Pharmacists, Inc. It shall be an educational society incorporated not for profit under the laws of the State of Massachusetts to operate in territory including, but not limited to, the United States of America and the Dominion of Canada.

SECTION 2. There shall be a corporate seal bearing the name of the Society.

SECTION 3. There shall be an insignia of the Society that may be suitably used and displayed by all members of the Society.

ARTICLE III
OBJECTIVES

The principal objectives of the Society shall be as follows:

1. To promote and improve consultant pharmacy practice in health care institutions, long-term care facilities, managed care organizations, hospitals, hospices, home healthcare programs, industry programs and any other area in which consultant pharmacists are needed to advise patients and other health care professionals on drug therapy management.

2. To define and develop the professional standards required of consultant pharmacy practice, including a Code of Ethics, and to provide for the recognition of practitioners through their demonstration of a core of knowledge of the practice, performance of high professional conduct, and conformance with the Code of Ethics of the Society.

3. To support and promote the ASCP Research and Education Foundation, through which the Foundation can fund, coordinate, and conduct educational programs and research.

4. To sponsor meetings and conventions for the educational and professional development of the membership.

5. To promote broader government, public, and professional understanding of consultant pharmacy practice through collective public information efforts.

6. To collect, preserve, and disseminate data and information of interest to the membership.

7. To represent the interests of consultant pharmacy practice before legislative, judicial, and administrative branches of government.

8. To advance public health and welfare through consultant pharmacy practice by maintaining a liaison with other societies, associations, and professions on issues of mutual concern.

ARTICLE IV
FISCAL YEAR

The Society's fiscal year shall begin on the first day of January and end on the last day of December of each calendar year.

ARTICLE V
MEMBERSHIP

SECTION 1. There shall be seven (7) classes of membership: Active, Associate, Student, Pledge, Honorary, Life, and Allied.

SECTION 2. Any pharmacist who is eligible to practice and who is of good moral character and in good professional standing shall be eligible for Active Membership.

SECTION 3. Any non-pharmacist practitioner of an allied health profession who is of good moral character, shares a community interest with consultant pharmacists, and wishes to promote and support the objectives of the Society shall be eligible for Associate Membership. No applicant eligible for Active Membership shall be permitted to join the Society as an Associate Member. An Associate Member may vote but may not hold office in the Society.

SECTION 4. Any full-time student regularly enrolled at an accredited college of pharmacy who is of good moral character and in good academic standing shall be eligible for Student Membership. Students may not vote or hold office in the Society.

SECTION 5. Any recent graduate of an accredited college of pharmacy who has graduated within twelve (12) months of application to ASCP and is of good moral character shall be eligible for Pledge Membership. Pledge members may vote but may not hold office in the Society.

SECTION 6. Any individual who contributes to the ASCP Research and Education Foundation at the Founder Category level and is of good moral character and in good professional standing shall be eligible for Life Membership in ASCP. A Life Member may vote and hold office in the Society if the Life Member also meets the eligibility criteria for Active Membership.

SECTION 7. Recognizing that an individual may perform an outstanding service or act that directly benefits the Society or the practice of consultant pharmacy and that an individual's continued alliance will directly support the Society's efforts to deliver quality consultant pharmacy activities, the Board of Directors may, upon a two-thirds majority vote, confer to such an individual the title of Honorary Member of the Society. An Honorary Member may vote but may not hold office in the Society.

SECTION 8. Active Members, Associate Members, Pledge Members, Honorary Members, and Life Members shall be entitled to vote. Only Active and Life Members shall be eligible to hold office in the Society and its chapters.

SECTION 9. Any organization or corporation that shows a community of interest with the consultant pharmacy profession and wishes to promote and support the objectives of the Society shall be eligible for Allied Membership.

SECTION 10. The Board of Directors shall set Membership Fees that must accompany Applications for Membership, and establish necessary procedures to determine the eligibility of applicants for any class of membership. Honorary or Life Members, as described in Sections 7 and 8 of Article V, by virtue of the vested honor, shall be exempted from any dues structure, as long as Honorary or Life Membership status is maintained.

SECTION 11. Any class of member in the Society may be expelled, removed, or suspended for violation of the Bylaws or Code of Ethics, or for other cause as determined by the Board of Directors. Any member subject to suspension or expulsion shall be duly notified in writing by registered letter to their last known address and shall be given the opportunity to appear in their own defense before a meeting of the Board of Directors. Expulsion, removal, or suspension of a member shall require an affirmative vote of two-thirds (2/3) of the Directors present at any meeting of the Board of Directors. Notice of an expulsion, removal, or suspension of a member to be voted upon must be mailed to Directors at least twenty-one (21) days prior to such meeting.

## ARTICLE VI
## DUES

SECTION 1. The annual dues and method of payment for new and renewal dues shall be set from time to time by the Board of Directors, with the advice and counsel of the Executive Committee.

SECTION 2. Dues are payable in advance upon written notice. A member failing to pay dues or other indebtedness to the Society within ninety (90) days after the same is due and payable may be suspended from all rights, benefits, and privileges, by a majority vote of the Directors present at a duly called meeting of the Board of Directors.

SECTION 3. A member in good standing may withdraw from the Society by written notice.

## ARTICLE VII
## MEETINGS

SECTION 1. Annual Meeting. There shall be an Annual Meeting of the Society, to be held at such time and at such place as the Board of Directors may select, for the purpose of installing officers and transacting any and all business that may come before the meeting. Notice of such meeting shall be mailed to the last recorded address of each member at least forty-five (45) days before the meeting.

SECTION 2. Special and Regional Meetings. Special meetings of the Society may be called at any time by the President or Board of Directors, or upon written request of a majority of the members. Notice of such a meeting shall be mailed to the last recorded address of each member at least thirty (30) days before the meeting.

SECTION 3. Board of Directors Meetings. Such meetings may be called by the President as often as he/she deems necessary, or on petition of a majority of the Board of Directors, for the purpose of conducting the affairs of the Society. Notice of such meetings shall be mailed to Officers and Directors at least twenty-one (21) days before the meeting.

## ARTICLE VIII
## VOTING

SECTION 1. Active Members, Life Members, Pledge Members, Associate Members, and Honorary Members shall be entitled to vote in the Society or its chapters.

SECTION 2. Each voting member shall be entitled to cast one (1) vote upon each and every question properly coming before any membership meeting of the Society. Except as otherwise specified, all matters will be decided by a majority vote of ballots returned.

SECTION 3. In the event it is impractical to call a membership meeting, the Board of Directors may authorize a mail ballot on any matter. Except as otherwise specified, matters voted upon by mail will be decided by a majority vote of certified ballots returned.

## ARTICLE IX
## OFFICERS AND DIRECTORS

SECTION 1. The Society Officers shall consist of an Immediate Past President, President, President-elect, Vice President, Secretary/ Treasurer, and Assistant Secretary/Treasurer. The Board of Directors shall consist of the Officers and ten (10) Directors.

SECTION 2. With the exception of the Executive Director, who serves at the pleasure of the Board of Directors, the Officers, and ten (10) Directors shall constitute the Board of Directors, and each, with the exception of the Assistant Secretary/Treasurer, shall have one (1) vote. The Executive Director shall sit as an ex officio on the Board of Directors and shall have no vote. The total number of available votes of the Board of Directors shall be fifteen (15).

SECTION 3. The President-Elect and Vice President shall be elected annually by mail ballot of the membership and shall hold office, unless otherwise removed as hereinafter provided, for one (1) year, or until their successors shall have been duly elected, qualified, and installed. No elected officer shall serve more than two (2) consecutive terms in the same office.

SECTION 4. Directors shall be elected annually by mail ballot and shall serve two (2) year terms, unless removed as hereinafter provided, or until their successors shall have been duly elected, qualified, and installed. No elected Director shall serve more than two (2) consecutive terms.

SECTION 5. The terms of the Directors shall be staggered such that five (5) directorships come up for election each year.

SECTION 6. Directors shall be nominated and elected such that two (2) Directors from each designated geographic region of the Society's membership shall sit on the Board of Directors at all times.

SECTION 7. The Society's membership shall be divided geographically according to state borders such that there are five (5) regions, each representing approximately an equivalent number of Society members. The Board of Directors shall designate these regions with the advice of a Committee on Regional Apportionment.

SECTION 8. The President shall appoint a Committee on Regional Apportionment every third year to review membership distribution among the Society's five (5) regions. The Committee shall consist of a Chair and three (3) members and shall report its findings to the Board of Directors at its first meeting following the Annual Meeting.

SECTION 9. The Secretary/Treasurer shall be nominated by the Executive Committee and elected by a majority of the Board of Directors, and shall hold office for a two (2) year term. The Secretary/Treasurer shall be limited to a maximum of three (3) consecutive two (2) year terms.

SECTION 10. The Executive Director shall be selected by the Board of Directors under terms and conditions authorized by the Board, with the advice and counsel of the Executive Committee. The Executive Director shall also serve as the Assistant Secretary/Treasurer.

SECTION 11. With the exception of the Executive Director and the President, Officers and Directors shall serve without compensation in their elected posts.

SECTION 12. The Board of Directors may remove any elected Officer, Director, or Immediate Past President from office for non-payment of dues, delinquency, inefficiency, neglect of duty, or for any other cause in the same manner prescribed in Section 12 of Article V for suspension or expulsion from membership in the Society.

SECTION 13. In the event of the death, resignation, or removal of the President, the vacancy shall be filled as prescribed in Sections 2 and 3 of Article X until the next mail ballot election. In the event of the death, resignation, or removal or any Officer or Director, the vacancy shall be filled by Presidential appointment until the next mail ballot election.

SECTION 14. A total of eight (8) Officers and Directors in attendance shall constitute a quorum for Board of Directors meetings. Matters will be decided by majority vote of the Officers and Directors in attendance, except for matters specifically calling for a higher vote by these Bylaws.

## ARTICLE X
## DUTIES OF OFFICERS

SECTION 1. The President shall be the chief officer and chief spokesperson of the Society. The President shall appoint all standing and special Committees and Councils, of which the President shall be an ex officio member. The President shall have the power, within the broad scope of policies adopted by the Society and/or the Board of Directors, to perform, delegate, authorize, empower, and approve such action as is, in their sole discretion necessarily required to advance the best interests of the Society. The President shall prepare, with the advice of the Immediate Past President and Executive Director, agendas for Board and Executive Committee meetings.

The President shall establish, with the approval of the Board, goals and objectives for the Society for their term of office.

SECTION 2. The President-elect shall perform the duties of the President in the absence or disability of the President, or when so requested by the President or Board of Directors. In addition, the President-elect shall serve as the Chairman of the Annual Meeting Planning Committee and shall perform such other duties as may be specifically delegated or required under these Bylaws. The ASCP Board of Directors endorses the concept of the President-elect, with consultation by the Executive Director, delegating activities and utilizing the leadership of ASCP in an effort to reduce the burden on the President.

SECTION 3. The Vice President shall perform the duties of the President in the absence or disability of the President and President-elect, or when so requested by the President or Board of Directors. The Vice President shall serve as the Chair of the Midyear Conference Planning Committee and shall perform such other duties as may be specifically delegated or required under these Bylaws.

SECTION 4. The Secretary/Treasurer shall be the co-custodian of the Society's funds in concert with the Executive Director and shall countersign, in accordance with written policies adopted and amended from time to time by the Board of Directors, certain disbursements of funds on deposit to the Society's credit in any bank or financial institution. The Secretary/Treasurer shall prepare, or cause to be prepared, the Society's annual financial report and annual operating budget. The Secretary/Treasurer shall perform all other duties customarily associated with the office of Secretary/Treasurer, with the exception of those duties expressly delegated to the Executive Director.

SECTION 5. The Immediate Past President shall serve as the Chair of all meetings of the Board of Directors and Executive Committee of the Society, serve as Chair of the Nominating Committee, and offer to the President such advice and consultation as is requested. At Board of Directors and Executive Committee meetings, the Chair shall have no vote except as necessary to break tie votes.

SECTION 6. As Assistant Secretary/Treasurer, the Executive Director shall keep and maintain an accurate record of the meetings of the Board of Directors and Executive Committee, and shall have authority to affix the corporate seal to any document requiring it and attest thereto by their signature.

## ARTICLE XI
## EXECUTIVE COMMITTEE

SECTION 1. The President, President-elect, Vice President, Secretary/Treasurer, and Immediate Past President shall constitute the Executive Committee of the Society. The Immediate Past President shall be the presiding officer. The Executive Director shall sit as ex officio with the Executive Committee and shall have no vote.

SECTION 2. The Executive Committee shall have broad power to make decisions requiring action in the interval between meetings of the Board of Directors, and decisions requiring action to be taken more rapidly than the Board may be called together. However, the Executive Committee shall make no policy without Board approval. The Executive Committee shall cause to be prepared the draft of the annual operating budget and annual dues schedule.

SECTION 3. Actions of the Executive Committee shall be reported to the Board of Directors within thirty (30) days and at the Board's next meeting. The Board may not rescind any Executive Committee action taken on behalf of the membership, but may set policy limits to guide future Society actions.

SECTION 4. The Executive Committee shall select the annual recipient of the Richard S. Berman Service Award.

## ARTICLE XII
## DUTIES OF THE BOARD OF DIRECTORS

SECTION 1. The Board of Directors shall have full administrative authority in all Society matters, except as otherwise provided in these Bylaws. The active management of the Society shall be vested in the Board of Directors at all times, but all acts of the Board and Executive Committee may be subject to a referendum vote of those members of the Society eligible to vote and may rescind any act or acts of the Board of Directors or Executive Committee wherein the rights of third persons are not involved, upon a two-thirds (2/3) affirmative vote of the membership eligible to vote.

SECTION 2. It shall be the duty of the Board of Directors to meet annually in conjunction with the Annual Meeting, and to meet at other times at the call of the President or on petition of a majority of the Board of Directors, as prescribed in Section 3 of Article VII.

## ARTICLE XIII
## DUTIES OF THE EXECUTIVE DIRECTOR

There shall be an Executive Director, who shall be selected by the Board of Directors to serve at the pleasure of the Board. It shall be the duty of the Executive Director to give notice of, and attend, all meetings of the Society; to provide administrative support to the Councils and Committees of the Society, and make a record of their proceedings; to conduct the administrative affairs of the Society's national headquarters office; to carry into execution all orders, votes, and resolutions not otherwise committed; to keep a list of all members of the Society; to bill and collect dues, and deposit same into the Society's

accounts; to keep records of the staff, employees, and agents of the Society, including salaries and terms of employment, and supervise their performance; to obtain office space, fixtures, and facilities for the conduct of Society affairs; to prepare an Annual Report to the Society; to cooperate with all Society officers in the performance of their duties; and generally to devote full time and best efforts to forwarding the progress of the Society, all or any part of the foregoing being subject to the further direction and control of the Board of Directors. The Executive Director shall also serve as the Assistant Secretary/Treasurer as described in Article IX, Section 10.

## ARTICLE XIV
## COUNCIL OF PRESIDENTS

SECTION 1. The Council of Presidents shall consist of all past and present presidential officers of the Society.

SECTION 2. The Immediate Past Chair of the Board of Directors shall serve as the Chair of the Council and will conduct meetings, prepare an agenda, prepare minutes, and submit Council recommendations to the Board of Directors. The Executive Director will serve as secretary and ex-officio member of the Council.

SECTION 3. The Council will meet at least once annually in conjunction with the Society's Annual Meeting. Other meetings may be called by the Chair or on petition of a majority of the Council.

SECTION 4. A total of four (4) members shall constitute a quorum for meetings of the Council of Presidents. In the absence of the Chair a majority of the members present may elect a temporary Chair.

SECTION 5. It shall be the function of the Council to consider matters relating to the goals of the Society and act in an advisory capacity to the Board of Directors and the Society. The Council may not make Society policy, but may make recommendations to the Board pertaining to policy matters. The Board of Directors may request the Council to engage in specific projects.

## ARTICLE XV
## COUNCILS OF SOCIETY AFFAIRS

SECTION 1. Function. To fulfill the objectives of the Society, Councils shall function in a developmental and advisory capacity to the Board of Directors by recommending programs and policies to the Board of Directors relative to the general and specific areas of interest to which they are assigned.

SECTION 2. Areas of Interest.

(a) Educational Affairs Council. The Educational Affairs Council shall be responsible for the development of recommendations on issues that impact pharmacy education, teaching, and training. In addition, this Council may consider matters that impact long-term care pharmacies and/or facilities, and other issues the Board may assign.

(b) Organizational Affairs Council. The Organizational Affairs Council shall be responsible for encouragement of Society membership, development of Society services, establishment of Chapters and affiliated organizations, review of the geographic apportionment of the membership, and review of the Constitution and Bylaws. In addition, this Council may consider matters that impact long-term care pharmacies and/or facilities, and other issues the Board may assign.

(c) Professional Affairs Council. The Professional Affairs Council shall be responsible for professional and scientific matters, including: development and improvement of the professional practice of pharmacy in long-term care facilities and related institutions; development of standards, guides, and related materials promoting rational, patient-oriented drug therapy; cooperation with allied organizations and agencies; and encouragement of research in aging and consultant pharmacist practice. In addition, this Council may consider matters that impact long-term care pharmacies and/or facilities, and other issues the Board may assign.

(d) Public Affairs Council. The Public Affairs Council shall be responsible for review and interpretation of proposed legislation and changes in law and regulations affecting public health, pharmacy, and consultant pharmacist practice; and for maintaining liaison with corporate entities offering products and services to the long-term care pharmacy area. In addition, this Council may consider matters that impact long-term care pharmacies and/or facilities, and other issues the Board may assign.

SECTION 3. Composition.

(a) Chair. The Chair of each Council shall be appointed by the President and subject to the approval of the Board of Directors.

(b) Staff Liaison. The Staff Liaison of the Council shall be appointed from the Society staff by the Executive Director of the Society and shall serve as Secretary to the Council. The Staff Liaison of a Council shall be responsible to the Executive Director for the administrative functions of the Council. The Staff Liaison shall make periodic reports to the Council as to the status of the Council's recommendations to the Board.

(c) Members. All members shall be appointed by the President. In making nominations for appointment to a Council, the President shall, as in all of the appointments of the Society, take into consideration the geographic apportionment of the membership, the personal qualifications and abilities of each candidate, and the

experience of each candidate in the Society's activities in the particular area of interest of the Council.

(d) Board Liaison. The President shall appoint a Liaison from the Board of Directors to each Council. The Board Liaison should attend all meetings of the Council as a non-voting member and shall present Council recommendations to the Board of Directors.

(e) Vacancies. The President shall be authorized to add or delete members of a Council at their discretion, with the exception of the Council Chair whose replacement shall be subject to Board approval.

SECTION 4. Authority. The Board of Directors may from time to time assign a specific matter for consideration by a specific Council. The Board of Directors shall have final authority over any project requiring the expenditure of Society funds and final authority over the recommendations of Councils. Councils shall not independently contact other organizations outside the Society. All proposed requests for grants or funds from sources outside the Society shall require approval of the Executive Director and the Executive Committee. At the time a project or publication is proposed, the Secretary of the Council originating the proposal shall be responsible for an estimate of the cost of the undertaking (and of distributions in the case of a publication). The estimated cost, as a matter of information, shall be reviewed by the Council originating the proposal. The Executive Director shall review the Society budget and determine its priority with the concurrence of the Board of Directors.

SECTION 5. Reports. Councils shall report, by way of meeting minutes or informal narrative summaries, thirty (30) days prior to each regularly scheduled Board of Directors meeting. Staff Liaisons shall prepare, with advice and approval of the Council Chair, the annual reports of the Councils. The annual reports of the Councils of the Society shall be presented to the membership at a membership meeting prescribed by the Board of Directors and shall cover the calendar year addressing all pertinent activities of the Councils, including those actions approved and authorized by the Board of Directors. Such reports shall be submitted to the Executive Director forty-five (45) days prior to the meeting.

## ARTICLE XVI
## NOMINATIONS AND ELECTIONS

SECTION 1. Not later than thirty (30) days prior to the Annual Meeting, the President shall appoint a Nominating Committee. The nominating committee shall consist of the Immediate Past President who will serve as Chair, and five (5) members, one member from each of the five (5) Regions. These five members should also be representative of the membership's practice activities and responsibilities. The President shall appoint himself/herself as Chair of the Committee and shall continue in that capacity during his/her term as Immediate Past President.

SECTION 2. The Nominating Committee shall have access to the roster of members eligible to vote and hold office in the Society. For each Directorship, at least one (1) candidate shall be nominated from each of the Society's Regions whose Directorships are to be filled. The Society's membership records should show that the candidate resides in the Region from which a Director is to be elected. However, prior to reporting the name of any official candidate, the Nominating Committee shall be assured that the candidate is willing to serve if and when elected. The Nominating Committee shall file its written report with the Executive Director not later than one hundred and twenty (120) days prior to the succeeding annual meeting.

SECTION 3. Candidates seeking to serve as officers of the Society must have served for at least one full term on the Board to be eligible to serve as an elected officer of the Societ

SECTION 4. Upon completion of the slate of officers and directors the President shall cause an official mail ballot to be taken. Mailing of these ballots shall take place at least forty-five (45) days prior to the scheduled fall meeting of the Executive Committee. For the offices of President-elect and Vice President, the candidate receiving a plurality of the valid ballots cast shall be declared the winner. For Directorships, the candidate receiving a plurality of the valid ballots cast by voting members of that Region shall be declared the winner.

SECTION 5. The new Officers and Directors shall be installed in office at the next Annual Meeting following the election and shall immediately assume their duties.

## ARTICLE XVII
## STANDING AND SPECIAL COMMITTEES

The President is authorized to appoint Standing and Special Committees and Task Forces as may be needed from time to time, and to discharge any committee that has completed its assigned task.

## ARTICLE XVIII
## ORDER OF BUSINESS

The order of business at all Society meetings shall be at the discretion of the Chair, with the approval of the Board of Directors. All proceedings of the Society shall be conducted in accordance with Robert's Rules of Order.

## ARTICLE XIX
## ANNUAL AUDIT

At the conclusion of each fiscal year, the Secretary/Treasure shall cause an annual audit of the Society's books and

financial records to be prepared by an outside independent accounting firm and submitted to the Society.

## ARTICLE XX
## DISSOLUTION OF THE SOCIETY

A vote to dissolve the Society shall require an affirmative vote of two-thirds (2/3) of those members eligible to vote. In case of dissolution of the Society, the Board of Directors shall authorize the payment of all indebtedness of the Society, including accruals; authorize the payment of reasonable separation to employees or contractors of the Society; and arrange for the distribution of the remaining net assets to a recognized educational health care not-for-profit organization approved by a majority of the Board of Directors.

## ARTICLE XXI
## AMENDMENTS

SECTION 1. The Board of Directors, upon its own initiative at a regularly constituted meeting, may amend the Bylaws by a two-thirds (2/3) vote of the Directors present. Any amendments to be voted upon at a Board Meeting must be prepared and mailed to Directors at least twenty-one (21) days prior to such meeting.

SECTION 2. The membership at large, by a vote of two-thirds (2/3) of the membership eligible to vote, may repeal, alter, or amend these Bylaws. Proposed Bylaws changes to be enacted by the membership at a meeting must be submitted to the Executive Director in time for the proposals to be prepared and mailed to the membership at least thirty (30) days prior to such meeting.

SECTION 3. Upon adoption of any Bylaws change by either Board or membership action, the Executive Director shall mail to each member in good standing a copy of such amendment within sixty (60) days after enactment.

## ARTICLE XXII
## TAX STATUS

The Society shall have and qualify for not-for-profit tax exempt status pursuant to Section 50l(C) of the Internal Revenue Code and shall conduct its affairs in accordance thereto.

## ARTICLE XXIII
## CHAPTERS

SECTION 1. There shall be subdivisions of the membership of the Society organized by state and in accordance with the provisions of this Article; namely, ASCP chartered chapters. Chartered chapters shall be governed by the Constitution and Bylaws of the Society and recognized in accordance with procedures prescribed by the Society's Board of Directors.

SECTION 2. The seal and insignia of chartered chapters shall be the corporate seal and insignia of the American Society of Consultant Pharmacists and may be used by chartered chapters in accordance with guidelines established by the Board of Directors.

SECTION 3. The principal objectives of chartered chapters shall be the objectives of the Society delineated in Article III of the Constitution and Bylaws. Chartered chapters shall foster and promote those objectives in a manner consistent with policies and procedures established by the Board of Directors. The chartered chapters may promulgate or promote any policy or principle in the name of the Society that does not conflict with those policies of the Society.

SECTION 4. Establishment of a chartered chapter shall be accomplished by the presentation of a chapter charter. There shall be no more than one (1) chartered chapter in each state. A formal application for the award of a chapter must be submitted to the Board of Directors sixty (60) days in advance of a scheduled Board Meeting and shall consist of the following:

(a) A letter of petition signed by the chapter president and approved by twenty-five percent (25%) of the members eligible to vote in the state, either at an official meeting or by mail ballot if twenty-five percent (25%) of the members eligible to vote are not present at the meeting

(b) Minutes of the meeting at which the petition for charter was adopted, accompanied by a complete roster of attendance

SECTION 5. A chapter charter may be denied, suspended, or revoked by the Board of Directors for noncompliance with provisions of the Constitution and Bylaws, or the chapter charter, or other procedural regulations established by the Board. Any chapter subject to denial, suspension, or revocation of a chapter charter shall be duly notified in writing and shall be provided an opportunity to present an appeal before a meeting of the Board of Directors.

SECTION 6. A vote to dissolve the chapter charter shall require an affirmative vote of two-thirds (2/3) of the voting members. The Society shall be notified sixty (60) days prior to the dissolution of the chapter charter.

SECTION 7. Membership in chartered chapters shall be restricted to Active Members, Associate Members, Student Members, Pledge Members, Life Members, and Honorary Members.

SECTION 8. Minutes and proceedings of all meetings of the chartered chapters shall be the property of the American Society of Consultant Pharmacists, and one (1) copy of such minutes and proceedings shall be forwarded to the Executive Director of the Society following every chartered chapter meeting.

## ARTICLE XXIV
## AFFILIATED ORGANIZATIONS

SECTION 1. There may be organizations wishing to affiliate with the Society for the purpose of promoting and improving consultant pharmacy services to health care or other institutions. Affiliated organizations shall be governed by their own constitutions and bylaws or the constitutions and bylaws of their respective parent organizations and shall be recognized according to procedures prescribed by the Society's Board of Directors.

SECTION 2. The seal and insignia of affiliated organizations shall be their own or those of their respective parent organizations, not those of the American Society of Consultant Pharmacists.

SECTION 3. The principal objectives of affiliation shall be the objectives agreed to by the Society's Board of Directors. Affiliated chapters may not promulgate or promote any policy or principle in the name of the Society.

SECTION 4. Establishment of affiliation shall be accomplished by presentation of a formal agreement between the organization and the Board of Directors of the Society. A formal agreement must be submitted to the Board of Directors sixty (60) days in advance of a scheduled Board meeting and shall consist of the following:

(a) A letter of petition signed by the highest officer of the organization and approved at an official meeting of the petitioning group by two-thirds (2/3) of the voting members in attendance

(b) A statement of principal objectives of affiliation

(c) A statement of services to be provided

SECTION 5. Affiliation may be denied, suspended, or revoked by the Board of Directors for noncompliance with provisions of the agreement between the affiliated organization and the Society. Any organizations subject to denial, suspension, or revocation shall be duly notified in writing and shall be provided an opportunity to present an appeal before a meeting of the Board of Directors.

SECTION 6. Termination of agreement of affiliation shall require thirty (30) days written notification prior to such termination.

## ARTICLE XXV
## FELLOWSHIP

SECTION 1. The Society may confer upon members the professional designation of Fellow, American Society of Consultant Pharmacists (FASCP) to recognize professional achievement in the field of consultant pharmacy. An individual must be recognized in the Active Member membership category to qualify for fellowship.

SECTION 2. ASCP Past Presidents will be honored as Fellows for life in recognition of their extensive experience and services to the Society.

SECTION 3. The Board of Directors may from time to time, establish criteria to qualify members for recognition as Fellows.