IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Long Term Care Pharmacy Alliance and American Society of Consultant Pharmacists,<br><br>Plaintiffs,<br><br>v.<br><br>UnitedHealth Group Incorporated,<br><br>Defendant. | Case No. 1:06-CV-01221 (ESH) |

## DECLARATION OF GEORGE M. BORABABY

I, George M. Borababy, hereby declare under penalty of perjury, pursuant to 28 U.S.C. § 1746, as follows:

1. I am over 21 years of age and am competent to make this Declaration.

2. I make this Declaration based on personal knowledge, except as to matters stated to be on information and belief.

3. I am an attorney-at-law and a member of the bars of the District of Columbia Court of Appeals and of this Court. I am a member of Patton Boggs LLP, counsel for Plaintiffs in this action. I make this Declaration in support of Plaintiff's Opposition to Defendant's Motion to Dismiss Complaint in this action.

4. Exhibit 1 to this Declaration is a copy of the cover page of the Annual Report on Form 10-K of Defendant UnitedHealth Group Incorporated ("UHG") for the year ended December 31, 2005, showing the address of UHG's principal executive office to be 9900 Bren Road East, Minnetonka, Minnesota.

5. Exhibit 2 to this Declaration are copies of pages from WhitePages.com showing an address for United Health Group at 701 Pennsylvania Avenue, N.W. in Washington, D.C.

4868615

6.     Exhibit 3 to this Declaration are copies of pages from the U.S. Department of Health & Human Services's Medicare website, showing, *inter alia*, the various prescription drug plans that serve the 20036 zip code in Washington, D.C. The list includes five (5) plans offered by United Healthcare, of which three (3) are offered under the AARP name.

7.     Exhibit 4 to this Declaration is a copy of the December 22, 2006 guidance entitled "Reconciling Incorrect Cost Sharing Paid by LTC Pharmacies," issued by the U.S. Department of Health & Human Services's Centers for Medicare & Medicaid Services ("CMS").

8.     Exhibit 5 to this Declaration is a copy of the Final Judgment in *United States of America v. UnitedHealth Group Incorporated*, Case No. 1:05CV02436 (D.D.C. May 23, 2006) ("*US v. UHG*").

9.     Exhibit 6 to this Declaration is a copy of Defendants' Reply Memorandum Of Law In Support Of Motion To Transfer Venue Or In The Alternative To Dismiss Plaintiff's Antitrust Claims in *Omnicare, Inc. v. UnitedHealth Group, Inc., et al.*, Civil Action No. 06-103-WOB in the U.S. District Court for the Eastern District of Kentucky.

10.    Exhibit 7 to this Declaration is a copy of the Memorandum Opinion And Order granting Defendants' Motion To Transfer Venue in *Omnicare, Inc. v. UnitedHealth Group, Inc., et al.*, Civil Action No. 06-103 (WOB) (E.D. Ky., November 9, 2006).

11.    Exhibit 8 to this Declaration is a copy of an excerpt from the Organization Information portion of the District of Columbia Government website, showing that United Healthcare Services, Inc., a Minnesota corporation, is registered to do business in the District of Columbia.

12.    Exhibit 9 to this Declaration is a copy of the cover page of UHG's amended Annual Report, Form 10-K/A-1, for the year ended December 31, 1996, which included as an Exhibit thereto a redacted version of the February 26, 1997 Agreement between American Association of

4868615

Retired Persons ("AARP") and United HealthCare Insurance Company, excerpts of which Agreement are also included as part of Exhibit 9 to this Declaration.

13.  Exhibit 10 to this Declaration is a copy of the cover page of UHG's Annual Report, Form 10-K, for the year ended December 31, 2002, which included as an Exhibit thereto an Amendment and Assignment, dated December 28, 1999, of the Agreement between AARP and United HealthCare Insurance Company, by which certain rights and obligations under that Agreement were assigned to AARP Services, Inc.

14.  Exhibit 11 to this Declaration are copies of pages from the AARP website relating to AARP Pharmacy Services.

15.  Exhibit 12 to this Declaration is a copy of an excerpt from the Organization Information portion of the District of Columbia Government website, showing that AARP Services, Inc., a Delaware corporation, is registered to do business in the District of Columbia.

16.  Exhibit 13 to this Declaration is a copy of the Complaint in *US v UHG* (*see* Paragraph 8 *supra*), filed in this Court on December 20, 2005.

17.  Exhibit 14 to this Declaration is a copy of a computer printout of the Docket Sheet in *US v UHG*.

18.  Exhibit 15 to this Declaration is a copy of the Amended Stipulation And Order in *US v UHG*.

19.  Exhibit 16 to this Declaration is a copy of a Fact Sheet published by UHG on its website for the fourth quarter of 2006 which states, *inter alia*, that "UnitedHealth Group operates in all 50 states and internationally."

20.  Exhibit 17 to this Declaration is a copy of the First Supplemental And Amended Complaint in *Omnicare, Inc v UnitedHealth Group, Inc., et al.*, Civil Action No. 06-103-WOB (E.D. Ky.).

- 3 -

4868615

21.     Exhibit 18 to this Declaration is a copy of a computer printout of the Docket Sheet in *Omnicare, Inc. v. UnitedHealth Group, Inc., et al.*, Civil Action No. 06-103-WOB (E.D. Ky.).

22.     Exhibit 19 to this Declaration is a copy of a computer printout of the Docket Sheet in *Omnicare, Inc. v. UnitedHealth Group, Inc., et al.*, Case No. 1:06-cv-06235 (N.D. Ill.)

23.     Exhibit 20 to this Declaration is a copy of the Complaint in *Dew Glassburn v. UnitedHealth Group, et al.*, Civil Action No. 4:05CV57, filed in the United States District Court for the Eastern District of Texas on February 16, 2005.

24.     Exhibit 21 to this Declaration are copies of a Memorandum Adopting Report And Recommendation of United States Magistrate Judge and of the Report And Recommendation of United States Magistrate Judge in *Dew Glassburn v. UnitedHealth Group, et al.*, Civil Action No. 4:05CV57 (E.D. Tx., May 2, 2005).

25.     Exhibit 22 to this Declaration is a copy of Plaintiff ASCP's Mission Statement printed out from its website.

I hereby declare under penalty of perjury under 28 U.S.C.§ 1746 that the foregoing is true and correct to the best of my knowledge.

Executed in Washington, D.C., on February 21, 2007.

_____
George M. Borababy

- 4 -

4868615