Declaration of George M. Borababy

Exhibit # 2





# WhitePages.com™
search. find. connect.

**Get your own website.**
It's as easy as 1, 2, 3!
web.com

| People Search | Business Search | Email Search | Reverse Phone | Reverse Address | Area & ZIP Codes | Tools & Resources | Mailing Lists |

People Searches | International Directories | Batch People Searches | Automate People Lookups

Keyword (browse) [ ]
Or Business Name [United Health Group]
Location (City & State or ZIP) [Washington DC]
[Find It]
More Search Options | Help

Home ➡ Yellow Pages ➡ United Health Group (Results 1 - 1 of 1)

**Sort by:**
◉ Standard
○ A-Z
○ Distance

**Search Area:**
[Washington DC ▾]
☑ Include businesses serving the area

**Refine Search by:**
[Select ▾]


Show on a

**All Listings**

**United Health Group**
701 Pennsylvania Avenue Northwest, Washington, DC 20004
phone | map

Add to MyInfo
Save to Outlook

Not Yet Rated
Rate It

**Appears in the Category:**
Nonclassified Establishments

**⚙ Sort:**
◉ Standard
○ A-Z
○ Distance

**Results 1 - 1 of 1**                 Help

▸ **Report Incorrect Listings**
data by ACXIOM  Copyright © 2007 Acxiom.

Powered by
**superpages.com**

## Search
Home
People Search
Business Search
Email Search
Reverse Phone
Reverse Address
Area Codes

## Tools
About WhitePages Services
Phone Append
Address Append
XML Lookups
Mailing Lists
New Mover Lists
People Search by State

## Resources
Wedding Center
Auto Center
Moving and Home
Improvement Center

## About Our Searches
White Pages
Business Search
Reverse Phone Directory
Reverse Address Lookup
Email Address Search
Area Code and ZIP Code Directory

## WhitePag
FAQ
About Us
Advertising
Affiliate Pro
Contact Us
WhitePages
Tell friends

ZIP Codes
Tools & Resources
Site Map

Business Search by State
Free White Pages and
Yellow Pages on 411.com

Copyright © 1996-2006 WhitePages.com. All rights reserved.

Privacy Policy, Legal Notice and Terms under which this service is provided to you.


