# Declaration of George M. Borababy

# Exhibit # 3





Home | FAQs | Screen Reader Version | Printable-Version | Español | Mailing List

Search Medicare.gov  [Search]

The Official U.S. Government Site for People with Medicare

**Medicare Prescription Drug Plan Finder**   Home   Help   Glossary   How Plans Work

<< Back to Review Current Coverage & Options    Vea en Español | Use Larger Font | Email

## Find and Compare Plans

### Step 4: Review List of Plans in Your ZIP Code

[Print this Page]

**Plans available in ZIP code 20036:**

**55** Prescription Drug Plans 

**19** Medicare Health Plans 

**1** Medicare Special Needs Plan

**Get Drug Costs for Plans Displayed Below**

If you pay more than $35 a month for drugs, we suggest you enter your drugs to find out what you might pay for drugs each month with each of the plans listed below.

If you already entered and saved your drug list on a previous visit, you can retrieve it to get drug costs more quickly.

[Get Drug Costs]

**Related Tools**

Medicare Options Compare

Use this tool if you want to start over and compare Medicare Health Plans or Medigap policies. These plans offer health and hospitalization coverage. Some of these plans also offer drug coverage.

[Get Plan Performance Information]

---

⊞ **Select Criteria to Reduce the Number of Plans Shown (Optional)**

⊟ Collapse all Plan Types

---

⊟ **55 Prescription Drug Plans in ZIP Code 20036** Back to Top

These results are sorted by the **Monthly Drug Premium**. Click on a column to sort. Click on plan names to view more information about each plan.

**Showing plans 1-55**  **Show:** 5 per page | 10 per page | 20 per page | All one page

| Plan Name and ID Numbers | Company Name (Co-brand) | Monthly Drug Premium | Annual Deductible | Drug Cost Sharing | Coverage in the Gap [1] | Enroll Now |
|---|---|---|---|---|---|---|
| **WellCare Classic** (S5967-142) *Approved by Medicare Available nationwide[‡]* | WellCare (Epic; Hoosier Rx; Walgreens) | $12.20 | $265 | $2 25% - 33% | No gap coverage | Enroll Now |
| **Humana PDP Standard S5884-063** (S5884-063) *Approved by Medicare* | Humana Insurance Company (State Farm; Wal*Mart) | $13.00 | $265 | 25% | No gap coverage | Enroll Now |
| **AARP MedicareRx Plan - Saver** (S5921-237) *Approved by Medicare Available nationwide[‡]* | UnitedHealthcare | $18.60 | $265 | $5 - $46.05 25% | No gap coverage | Enroll Now |
| **CIGNATURE Rx Value Plan** (S5617-023) *Approved by Medicare Available nationwide[‡]* | CIGNATURE Rx | $18.90 | $265 | $0 - $60 30% | No gap coverage | Enroll Now |
| **Humana PDP Enhanced S5884-004** (S5884-004) *Approved by Medicare* | Humana Insurance Company (State Farm; Wal*Mart) | $20.10 | $0 | $5 - $60 25% | No gap coverage | Enroll Now |
| **WellCare Signature** (S5967-039) *Approved by Medicare Available nationwide[‡]* | WellCare (Epic; Hoosier Rx; Walgreens) | $20.40 | $0 | $0 - $85 33% | No gap coverage | Enroll Now |
| **Prescription Pathway Gold Plan Reg 5** (S5597-037) | Pennsylvania Life Insurance Company (Albertsons; American Pioneer | $22.90 | $0 | $7 - $37 33% | No gap coverage | Enroll Now |

| | | | | | | |
|---|---|---|---|---|---|---|
| *Approved by Medicare* | Life; Constitution Life; CVS; Kmart; PharmaCare Management Services Inc LLC; Pyramid Life; Union Bankers) | | | | | |
| **Bravo Rx II** (S5822-001) *Approved by Medicare* | Bravo by Elder Health | $23.60 | $265 | 25% | No gap coverage | Enroll Now |
| **Health Net Orange Option 1** (S5678-016) *Approved by Medicare Available nationwide‡* | Health Net | $24.30 | $265 | $0 - $32 25% | No gap coverage | Enroll Now |
| **First Health Premier** (S5768-008) *Approved by Medicare* | First Health Part D | $24.70 | $0 | $5 - $58 25% | No gap coverage | Enroll Now |
| **Prescription Pathway Bronze Plan Reg 5** (S5597-070) *Approved by Medicare* | Pennsylvania Life Insurance Company (Albertsons; American Pioneer Life; Constitution Life; CVS; Kmart; PharmaCare Management Services Inc LLC; Pyramid Life; Union Bankers) | $25.00 | $265 | 25% | No gap coverage | Enroll Now |
| **AdvantraRx Value** (S5670-027) *Approved by Medicare* | Coventry AdvantraRx (American Continental Insurance Company; Automobile Club of Missouri; Bankers Life and Casualty Company; Central Reserve Life Insurance Company; Ceres Sales of Ohio, LLC; Colonial Penn Insurance Company; Conseco Insurance Company; Continental | $25.70 | $0 | $9 - $68 25% | No gap coverage | Enroll Now |

| | | | | | | |
|---|---|---|---|---|---|---|
| | General Insurance Company; Continental Life Insurance Company; Great American Life Insurance Company; Insurance Services Administration Company, Inc.; Longevity Alliance Incorporated; Loyal American Life Insurance Company; Mutual of Omaha; Newera Life Insurance Company; Philadelphia American Life Insurance Company; Provident American Life & Health Insurance Company; Rite Aid; United Teachers Association Insurance Company; Walmart) | | | | | |
| **HealthSpring Prescription Drug Plan -Reg 5** (S5932-034) *Approved by Medicare Available nationwide‡* | HealthSpring Prescription Drug Plan | $25.80 | $265 | 25% | No gap coverage | Enroll Now |
| **Advantage Star Plan by RxAmerica** (S5644-071) *Approved by Medicare Available nationwide‡* | RxAmerica | $26.00 | $265 | $5 25% | No gap coverage | Enroll Now |
| **AARP MedicareRx Plan** (S5820-004) *Approved by Medicare* | UnitedHealthcare | $26.40 | $0 | $6 - $69.10 33% | No gap coverage | Enroll Now |

| Plan | Provider | Premium | Deductible | Copay/Coinsurance | Gap Coverage | |
|---|---|---|---|---|---|---|
| **CIGNATURE Rx Plus Plan** (S5617-025) *Approved by Medicare Available nationwide‡* | CIGNATURE Rx | $26.70 | $0 | $4 - $50 30% | No gap coverage | Enroll Now |
| **Aetna Medicare Rx Essentials** (S5810-039) *Approved by Medicare Available nationwide‡* | Aetna Medicare | $28.10 | $210 | $5 - $35 25% | No gap coverage | Enroll Now |
| **SilverScript** (S5601-010) *Approved by Medicare Available nationwide‡* | SilverScript Insurance Company | $28.10 | $265 | $5 - $37 25% | No gap coverage | Enroll Now |
| **UnitedHealth Rx Basic** (S5921-238) *Approved by Medicare Available nationwide‡* | UnitedHealthcare | $28.10 | $0 | $7 - $45.75 33% | No gap coverage | Enroll Now |
| **Health Net Orange Option 2** (S5678-015) *Approved by Medicare Available nationwide‡* | Health Net | $29.00 | $0 | $5 - $56 33% | No gap coverage | Enroll Now |
| **Sterling Rx** (S4802-002) *Approved by Medicare* | Sterling Life Insurance Company | $30.30 | $100 | $10 - $44 25% | No gap coverage | Enroll Now |
| **MedicareRx Rewards Value** (S5960-005) *Approved by Medicare Available nationwide‡* | Unicare (Menno Insurance Service, Inc.) | $30.50 | $265 | $5 - $29 25% | No gap coverage | Enroll Now |
| **Advantage Freedom Plan by RxAmerica** (S5644-050) | RxAmerica | $30.70 | $265 | $5 - $40 25% | No gap coverage | Enroll Now |

| Plan | Provider | Premium | Deductible | Copay/Coinsurance | Gap Coverage | Enroll |
|---|---|---|---|---|---|---|
| *Approved by Medicare Available nationwide‡* | | | | | | |
| **Community Care Rx BASIC** (S5803-074) | MEMBERHEALTH | $30.90 | $265 | $0 25% - 50% | No gap coverage | Enroll Now |
| *Approved by Medicare Available nationwide‡* | | | | | | |
| **Bravo Rx I** (S5822-004) | Bravo by Elder Health | $31.10 | $0 | $5 - $62 25% | No gap coverage | Enroll Now |
| *Approved by Medicare* | | | | | | |
| **UA Medicare Part D Rx Covg - Silver Plan** (S5755-043) | United American Insurance Company | $32.10 | $265 | 25% | No gap coverage | Enroll Now |
| *Approved by Medicare* | | | | | | |
| **NMHC Medicare PDP Gold** (S8841-005) | NMHC Group Solutions | $32.80 | $0 | $11 33% - 55% | No gap coverage | Enroll Now |
| *Approved by Medicare Available nationwide‡* | | | | | | |
| **Blue Rx Standard** (S5766-002) | Medi-CareFirst BlueCross BlueShield | $34.20 | $0 | $7 - $69 25% | No gap coverage | Enroll Now |
| *Approved by Medicare* | | | | | | |
| **Medco YOURx PLAN** (S5660-004) | Medco YOURx PLAN | $34.90 | $100 | $5 - $34 30% - 75% | No gap coverage | Enroll Now |
| *Approved by Medicare* | | | | | | |
| **SierraRx Basic** (S5917-010) | SierraRx | $35.30 | $265 | 25% | No gap coverage | Enroll Now |
| *Approved by Medicare* | | | | | | |
| **CIGNATURE Rx Complete Plan** (S5617-175) | CIGNATURE Rx | $36.10 | $0 | $4 - $50 30% | Generics | Contact Plan to Enroll |
| *Approved by Medicare Available* | | | | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| nationwide‡ | | | | | | |
| **AdvantraRx Premier** (S5670-028) Approved by Medicare | Coventry AdvantraRx (American Continental Insurance Company; Automobile Club of Missouri; Bankers Life and Casualty Company; Central Reserve Life Insurance Company; Ceres Sales of Ohio, LLC; Colonial Penn Insurance Company; Conseco Insurance Company; Continental General Insurance Company; Continental Life Insurance Company; Great American Life Insurance Company; Insurance Services Administration Company, Inc.; Longevity Alliance Incorporated; Loyal American Life Insurance Company; Mutual of Omaha; Newera Life Insurance Company; Philadelphia American Life Insurance Company; Provident American Life & Health Insurance Company; Rite Aid; United Teachers Association Insurance Company; Walmart) | $36.90 | $0 | $5 - $60 25% | No gap coverage | Enroll Now |
| **WellCare Complete** (S5967-073) | WellCare (Epic; Hoosier Rx; Walgreens) | $37.20 | $0 | $0 - $70 30% | Generics | Enroll Now |

| Plan | Company | Premium | Deductible | Copay | Gap | |
|---|---|---|---|---|---|---|
| *Approved by Medicare Available nationwide‡* | | | | | | |
| **MedicareRx Rewards Plus** (S5960-041) | Unicare (Menno Insurance Service, Inc.) | $37.60 | $0 | $10 - $30 30% | No gap coverage | Enroll Now |
| *Approved by Medicare Available nationwide‡* | | | | | | |
| **SilverScript Plus** (S5601-011) | SilverScript Insurance Company | $38.10 | $0 | $10 - $70 33% | No gap coverage | Enroll Now |
| *Approved by Medicare Available nationwide‡* | | | | | | |
| **Community Care Rx CHOICE** (S5803-142) | MEMBERHEALTH | $38.60 | $0 | $0 - $45 25% | No gap coverage | Enroll Now |
| *Approved by Medicare Available nationwide‡* | | | | | | |
| **UnitedHealth Rx Extended** (S5820-108) | UnitedHealthcare | $41.20 | $0 | $5 - $50 33% | No gap coverage | Enroll Now |
| *Approved by Medicare* | | | | | | |
| **EnvisionRxPlus Standard** (S7694-005) | EnvisionRx Plus (Costco Pharmacy) | $41.50 | $265 | 25% | No gap coverage | Enroll Now |
| *Approved by Medicare Available nationwide‡* | | | | | | |
| **UA Medicare Part D Prescription Drug Cov** (S5755-008) | United American Insurance Company | $41.60 | $0 | $9 - $60 33% | No gap coverage | Enroll Now |
| *Approved by Medicare* | | | | | | |
| **Aetna Medicare Rx Plus** (S5810-141) | Aetna Medicare | $41.70 | $0 | $0 - $60 33% | No gap coverage | Enroll Now |
| *Approved by Medicare Available* | | | | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| nationwide[‡] | | | | | | |
| **Blue Rx Enhanced** (S5766-003) *Approved by Medicare* | Medi-CareFirst BlueCross BlueShield | $42.20 | $0 | $7 - $69 25% | Generics | Enroll Now |
| **First Health Select** (S5768-052) *Approved by Medicare* | First Health Part D | $42.90 | $0 | $5 - $55 25% | Generics | Enroll Now |
| **Prescription Pathway Platinum Plan Reg 5** (S5597-202) *Approved by Medicare* | Pennsylvania Life Insurance Company (Albertsons; American Pioneer Life; Constitution Life; CVS; Kmart; PharmaCare Management Services Inc LLC; Pyramid Life; Union Bankers) | $43.50 | $0 | $7 - $60 33% | Generics | Enroll Now |
| **AARP MedicareRx Plan - Enhanced** (S5921-239) *Approved by Medicare Available nationwide[‡]* | UnitedHealthcare | $43.70 | $0 | $6 - $69.10 33% | Generics | Enroll Now |
| **Health Net Orange Option 3** (S5678-077) *Approved by Medicare Available nationwide[‡]* | Health Net | $44.10 | $0 | $7 - $56 33% | Generics | Enroll Now |
| **SilverScript Complete** (S5601-076) *Approved by Medicare Available nationwide[‡]* | SilverScript Insurance Company | $44.10 | $0 | $5 - $40 33% | Generics | Enroll Now |
| **Community Care Rx GOLD** (S5803-222) *Approved by Medicare Available* | MEMBERHEALTH | $47.10 | $0 | $5 - $50 25% | Generics | Enroll Now |

| | | | | | | |
|---|---|---|---|---|---|---|
| *nationwide‡* | | | | | | |
| **SAMAscript** (S7950-005) *Approved by Medicare Available nationwide‡* | SAMAscript | $48.60 | $265 | 25% | No gap coverage | Contact Plan to Enroll |
| **AdvantraRx Premier Plus** (S5670-030) *Approved by Medicare* | Coventry AdvantraRx (American Continental Insurance Company; Automobile Club of Missouri; Bankers Life and Casualty Company; Central Reserve Life Insurance Company; Ceres Sales of Ohio, LLC; Colonial Penn Insurance Company; Conseco Insurance Company; Continental General Insurance Company; Continental Life Insurance Company; Great American Life Insurance Company; Insurance Services Administration Company, Inc.; Longevity Alliance Incorporated; Loyal American Life Insurance Company; Mutual of Omaha; Newera Life Insurance Company; Philadelphia American Life Insurance Company; Provident American Life & Health Insurance Company; Rite Aid; United Teachers Association | $49.50 | $0 | $2 - $70 25% | Generics | Enroll Now |

| | | | | | | |
|---|---|---|---|---|---|---|
| | Insurance Company; Walmart) | | | | | |
| **MedicareRx Rewards Premier** (S5960-075) *Approved by Medicare Available nationwide‡* | Unicare (Menno Insurance Service, Inc.) | $52.80 | $0 | $10 - $60 30% | Generics | Enroll Now |
| **Sterling Rx Plus** (S4802-038) *Approved by Medicare* | Sterling Life Insurance Company | $58.20 | $100 | $0 - $25 25% | Generics | Enroll Now |
| **EnvisionRxPlus Gold** (S7694-039) *Approved by Medicare Available nationwide‡* | EnvisionRx Plus (Costco Pharmacy) | $62.00 | $0 | $0 - $35 25% | Generics | Enroll Now |
| **Aetna Medicare Rx Premier** (S5810-175) *Approved by Medicare Available nationwide‡* | Aetna Medicare | $69.80 | $0 | $0 - $40 33% | Generics | Enroll Now |
| **Humana PDP Complete S5884-033** (S5884-033) *Approved by Medicare* | Humana Insurance Company (State Farm; Wal*Mart) | $74.40 | $0 | $5 - $60 25% | Generics | Enroll Now |
| **SierraRx Plus** (S5917-035) *Approved by Medicare* | SierraRx | $103.20 | $0 | $5 - $60 30% | All Formulary Drugs | Enroll Now |

**Showing plans 1-55**   **Show:** 5 per page | 10 per page | 20 per page | All one page

[1] Plans that provide some form of coverage during the period when you typically would pay 100% of your drug costs are indicated by a "Generics", "Generics and Preferred Brands", "Generics and Brands" or "All Formulary Drugs" in the "Coverage in the Gap" column above. To view additional information about the type of coverage available during this period, please click the plan name in the table above and then click on "View important notes and benefit summary" in the window with the plan's information. If you personalize your search by entering your medications, the drug costs during the "coverage gap" will reflect this coverage.

‡ The organization that offers this plan offers at least one plan in all fifty states and the District of Columbia.

Note: The specific plan(s) offered by this organization may differ from state to state.

---

## 19 Medicare Health Plans in ZIP Code 20036 Back to Top

These results are sorted by the **Monthly Drug Premium**. Click on a column to sort. Click on plan names to view more information about each plan.

**Showing plans 1-5**  Show: 5 per page | 10 per page | All one page    1 of 4 pages Next >

| Plan Name and ID Numbers | Company Name (Co-brand) | Monthly Drug Premium | Annual Deductible | Drug Cost Sharing | Coverage in the Gap [1] | Enroll Now |
|---|---|---|---|---|---|---|
| **Bravo Classic II** (H2108-002-0) *Plan Type: HMO* *Approved by Medicare* | Bravo by Elder Health | $0 | $0 | $5 - $55 25% | No gap coverage | Enroll Now |
| **Concert** (H4577-012-0) *Plan Type: Private Fee for Service* *Approved by Medicare* | WellCare | $0 | $0 | $0 - $58 33% | No gap coverage | Enroll Now |
| **Freedom 5** (H5227-001-0) *Plan Type: Private Fee for Service* *Approved by Medicare* | Advantra® Freedom (Bankers Life and Casualty Company) | $0 | $0 | $2 - $65 25% | Generics | Enroll Now |
| **Summit** (H4577-006-0) *Plan Type: Private Fee for Service* *Approved by Medicare* | WellCare | $0 | $0 | $0 - $58 33% | No gap coverage | Enroll Now |
| **SecureHorizons MedicareDirect Rx Plan 55** (H5435-014-0) | SecureHorizons MedicareDirect | $10.30 | $265 | 25% | No gap coverage | Enroll Now |

Plan Type:
Private Fee for
Service

*Approved by Medicare*

---

**Showing plans 1-5**     **Show:** 5 per page | 10 per page | All one page     **1 of 4 pages** Next >

---

[1] Plans that provide some form of coverage during the period when you typically would pay 100% of your drug costs are indicated by a "Generics", "Generics and Preferred Brands", "Generics and Brands" or "All Formulary Drugs" in the "Coverage in the Gap" column above. To view additional information about the type of coverage available during this period, please click the plan name in the table above and then click on "View important notes and benefit summary" in the window with the plan's information. If you personalize your search by entering your medications, the drug costs during the "coverage gap" will reflect this coverage.

---

##  1 Medicare Special Needs Plans in ZIP Code 20036  Back to Top

**Showing plans 1-1**

| Plan Name and ID Numbers | Company Name | Special Rules for Enrolling | Customer Service Phone Number | Enroll Now |
|---|---|---|---|---|
| **Evercare Plan IP** (H2111-002-0) | United Healthcare Insurance Company | For people in certain long-term care facilities. | Non-Members 1-888-834-3721 TTY Users should call: 1-888-685-8480  Members | Enroll Now |

**Showing plans 1-1**

[1] Plans that provide some form of coverage during the period when you typically would pay 100% of your drug costs are indicated by a "Generics", "Generics and Preferred Brands", "Generics and Brands" or "All Formulary Drugs" in the "Coverage in the Gap" column above. To view additional information about the type of coverage available during this period, please click the plan name in the table above and then click on "View important notes and benefit summary" in the window with the plan's information. If you personalize your search by entering your medications, the drug costs during the "coverage gap" will reflect this coverage.

Page Last Updated: January 25, 2007



**Back to Top**

**Frequently Asked Questions | Contact Us | Website Privacy | Website Policies
Freedom of Information Act | USA.gov**

**Centers for Medicare & Medicaid Services | U.S. Department of Health and Human Services**