# Declaration of George M. Borababy

# Exhibit # 11



**The power to make it better.**

Back | Print

# Health

# AARP Pharmacy Services

Phone: 1-800-456-2277
TTY: 1-800-933-4327
Spanish: 1-800-260-4452
Website: AARP Pharmacy Services



**Save money on prescription drugs, over-the-counter medications, products for healthy living, and medical supplies!** Read below to learn about the AARP MedicareRx Plan*, Medicare-reimbursed diabetes testing, ostomy & respiratory supplies, and our Health Essentials Catalog. The AARP Pharmacy Services program has been serving the needs of AARP members for over 40 years. Visit AARP Pharmacy Services for more information.

The AARP MedicareRx Plan is a Medicare Part D prescription drug plan. It's an insurance plan that is simple, with predictable co-pays and no deductible. Coverage for thousands of prescription drugs. For more details, visit www.AARPMedicareRx.com online or call 1-888-556-7977. TTY/TDD users should call 1-877-730-4192, Monday-Sunday, 8 a.m.-8 p.m. ET.

## AARP MedicareRx Plan



**Discounts on Prescriptions**
Receive discounts on all FDA-approved prescription medication at more than 56,000 participating retail pharmacies nationwide. Or order your prescription drugs through the mail-order service and get free home delivery. For more information, call 1-800-439-4457.



## Medicare-Reimbursed Diabetes, Ostomy, and Respiratory Supplies

Get home-delivered diabetes testing, respiratory, and ostomy care supplies through AARP Pharmacy Services. Plus receive free shipping on medicare-reimbursed orders! Visit www.aarppharmacy.com/medicalsupplies or call 1-866-781-6391 for more information.

# Health Essentials Catalog



Inside this AARP Members-only catalog, you'll find a wide selection of vitamins, supplements, over-the-counter medications, skin care products, and more! Each catalog features AARP Pharmacy Services brands at substantial savings over comparable national brands with convenient home delivery.

Visit www.aarppharmacycatalog.com or call 1-800-456-2277 to request a catalog.

*AARP MedicareRx Plan is a Medicare Prescription Drug Plan (PDP) insured by United HealthCare Insurance Company or United HealthCare Insurance Company of New York for New York residents (together called "UnitedHealthcare"). As a PDP sponsor, UnitedHealthcare contracts with the Federal government. S5820S5805-PDP030

AARP Member Benefits are offered by third-parties through contractual arrangements with AARP Services Incorporated, a wholly-owned subsidiary of AARP, or by AARP Financial Incorporated, a wholly-owned subsidiary of AARP Services, Incorporated.

Member Discounts and Services | Issues and Elections | Learning and Technology Health | Family, Home and Legal | Money and Work | Travel | Fun and Games

AARP Home | About AARP | AARP Privacy Policy | Contact AARP
AARP Membership | Manage Your Email | AARP RSS Feeds
For the Press | For Professionals | AARP Job Opportunities | Advertise with Us

Copyright 1995–2007, AARP. All rights reserved.


**AARP Health Care Options**
**Pharmacy Services**

"You can trust AARP Pharmacy Services. We do! Because they're always here when we need them."
Save on prescriptions. Shop the catalog. Access health info!

| SHOP & SAVE ON PRESCRIPTION DRUGS  | SHOP OUR HEALTH ESSENTIALS CATALOG | ORDER MEDICARE-REIMBURSED MEDICAL SUPPLIES |
|---|---|---|
| Shop here or at your local retail pharmacies and you'll pocket the AARP savings. | You'll find 1000's of Healthy Living and other over-the-counter products. Save now! | Enjoy convenient home-delivery of Medicare Part B reimbursed medical supplies |

**REGISTER | LOGIN**

Contact Us

Customer Service Policies

**ACCESS VITAL HEALTH INFORMATION** 

Got a question? Here are the answers you need from resources you can trust.

**HELPFUL RESOURCES:**
- Wise Use of Medications
- Pharmacist FAQs
- Drug Digest

**SHOP PRESCRIPTION DRUGS:**
- Save More On Prescriptions
- Price Check Prescription Drugs
- Refill an Existing Prescription

Learn how to enroll in a plan that gives you peace of mind

The 2007 AARP MedicareRx Plans* are the only Medicare Part D plans endorsed by AARP, an organization that has been helping individuals save on prescriptions since 1959.

Learn more at AARPMedicareRx.com.

**Annual Enrollment is now open!**

AARP MedicareRx Plans


Shop & Save at over 54,000 participating retail pharmacies
MemberRx Choice
**JOIN NOW!**

**SHOP OUR CATALOG:**
- Vitamins & Supplements
- Over the Counter Medications
- Personal Care
- Hearing & Vision
- Specials



**FREE Shipping** on purchases over $50

**100% Satisfaction Guarantee**

**FEATURED PRODUCT**



**F644 ALPHABET II MATURE FORMULA 120 CAPLETS**
(A0118 1 1 Z)

**Price: 4.87**

**VIEW DETAILS**

**ORDER MEDICAL SUPPLIES**
- Diabetes Testing Supplies
- Ostomy Supplies
- Respiratory Supplies
- Impotence Product

FREE home delivery on Medicare-processed orders!

Medicare Part B may reimburse up to of your diabetes supply costs!

View our TV Commercial

**"TABLETALK"** 
Small version, suitable for modem connections.

**"TABLETALK"**
Larger version, suitable broadband connections

Requires Macromedia Flash
click here to download



*These Medicare Prescription Drug Plans (PDPs) are insured by United HealthCare Insurance Company or United HealthCare Insurance Company of New York for New York residents; (together called "UnitedHealthcare"). AARP MedicareRx Plans are endorsed by AARP, and UnitedHealthcare pays a fee to AARP and its affiliate for use of the AARP trademark and other services. Amounts paid are used for general purposes of AARP and its members. UnitedHealthcare contracts with the Federal government as a PDP sponsor.
**S5820S5805S5921_PDP3112E_0002**

The AARP Pharmacy Services program has been serving the needs of AARP Members for over 40 years. We offer programs to help you save money on prescription drugs, over-the-counter medications and products for healthy living.

About AARP Pharmacy Services
Site Map

The AARP Pharmacy Services program has selected Express Scripts as our licensed mail order pharmacy.

**Privacy And Security**
The AARP Pharmacy Services program respects the privacy of every individual who visits our website

**Read General AARP Pharmacy Services Policy**

**Read AARP Prescription Discount Card Policy**

The information on this website may not be current. Updated 5/3/04.

©2005 All Rights Reserved. **United HealthCare Insurance Company** provides the AARP Pharmacy Services program through its subsidiary **United HealthCare Products, LLC.**