# Declaration of George M. Borababy

# Exhibit # 12




DC HOME | ABOUT DC | RESIDENTS | BUSINESS | VISITORS | DC GOVERNMENT

WELCOME TO WASHINGTON District of Columbia

MAYOR Adrian M. Fenty

## Organization Information



**DCRA HOME**

**SERVICES**
Basic Business License
Business Resource Center
Building/Land Regs
Compliance/Enforcement
Organization Registration
Inspections
Land Plats
Licensing Center
Building Plan Review Status
Permits

**INFORMATION**

**ONLINE SERVICE REQUESTS**

# Online Organization Registration
**Search Registered Organizations**

**Organization Details - Step** `1` `2` `3`

To view another organization from the search, select the **Return to Search Results** button below. You may also **print** the organization details, or start a **new search**. Use the **Back to Main Page button** to continue the registration process.

| Organization | | Registered Agent |
|---|---|---|
| **Organization Name:** | AARP SERVICES INC. | C T Corporation System<br>1015 15th Street, N.W. Ste. 1000<br>Washington, DC 20005 |
| **State:** | DE | |
| **Status:** | ACTIVE | |
| **Initial Date of Registration:** | 1/28/1999 | |
| **File No.:** | 990286 | |
| **Organization Type:** | FOREIGN BUSINESS CORPORATION | |

[<< Back to Main Page]  [< Return To Search Results]  [Print Results]
[New Search]

For more information, contact the Corporation Division (202) 442-4400 or email us.

Government of the District of Columbia
Citywide Call Center : (202) 727-1000
TTY/TDD Directory

Telephone Directory by Topic | Agencies | DC Council | Search | Elected Officials

Feedback | Translation | Accessibility | Privacy & Security | Terms & Conditions

John A. Wilson Building
1350 Pennsylvania Avenue, NW
Washington, DC 20004