# Declaration of George M. Borababy

# Exhibit # 14

CLOSED, TYPE-A

### I. U.S. District Court
### District of Columbia (Washington, DC)
### CIVIL DOCKET FOR CASE #: 1:05-cv-02436-RMU

UNITED STATES OF AMERICA v. UNITEDHEALTH GROUP INCORPORATED et al
Assigned to: Judge Ricardo M. Urbina
Cause: 15:15 Antitrust Litigation

Date Filed: 12/20/2005
Jury Demand: None
Nature of Suit: 410 Anti-Trust
Jurisdiction: U.S. Government Plaintiff

**Plaintiff**

**UNITED STATES OF AMERICA**　　represented by　**Jon B. Jacobs**
U.S. DEPARTMENT OF JUSTICE
Anti-Trust Division
1401 H Street, NW
Suite4000
Washington, DC 20530
(202) 514-5012
Email: jon.jacobs@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Nicole Gordon**
U. S. DEPARTMENT OF JUSTICE
1401 H Street, NW
City Center Building, Suite 4000
Washington, DC 20530
US
(202) 307-0001
Fax: (202) 307-5802
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**UNITEDHEALTH GROUP INCORPORATED**　　represented by　**Laura A. Wilkinson**
WEIL GOTSHAL & MANGES LLP
1300 I Street, NW
Suite 900

```
                                        Washington, DC 20005
                                        (202) 682-7260
                                        Fax: (202) 857-0940
                                        Email: laura.wilkinson@weil.com
                                        LEAD ATTORNEY
                                        ATTORNEY TO BE NOTICED
```

**Defendant**

PACIFICARE HEALTH SYSTEMS, INC.    represented by   **Gary Alan MacDonald**
SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP
1440 New York Avenue, NW
Washington, DC 20005-2111
(202) 371-7260
Fax: (202) 661-9008
Email: gmacdona@skadden.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| II. Date Filed | III. # | IV. Docket Text |
|---|---|---|
| 12/20/2005 | 1 | COMPLAINT against UNITEDHEALTH GROUP INCORPORATED, PACIFICARE HEALTH SYSTEMS, INC. (Filing fee $ 0.00) filed by UNITED STATES OF AMERICA.(tg, ) (Entered: 12/21/2005) |
| 12/20/2005 | 2 | MEMORANDUM Of Explanation of Consent Decree Procedures by UNITED STATES OF AMERICA. (tg, ) (Entered: 12/21/2005) |
| 12/20/2005 |  | SUMMONS Not Issued as to UNITEDHEALTH GROUP INCORPORATED, PACIFICARE HEALTH SYSTEMS, INC. (ks, ) (Entered: 12/21/2005) |
| 01/03/2006 | 3 | STIPULATION AND ORDER Signed by Judge Ricardo M. Urbina on January 3, 2006, for entry of the proposed final judgment.(jwd) (Entered: 01/05/2006) |
| 01/05/2006 | 4 | NOTICE of Appearance by Laura A. Wilkinson on behalf of UNITEDHEALTH GROUP INCORPORATED (Wilkinson, Laura) (Entered: 01/05/2006) |
| 01/05/2006 | 5 | NOTICE OF TUNNEY ACT REQUIREMENTS by UNITEDHEALTH GROUP INCORPORATED. (Wilkinson, Laura) (Entered: 01/05/2006) |

| 01/05/2006 | 6 | NOTICE of Appearance by Gary Alan MacDonald on behalf of PACIFICARE HEALTH SYSTEMS, INC. (nmw, ) (Entered: 01/06/2006) |
|---|---|---|
| 03/02/2006 | 7 | STIPULATION *Amended Stipulation and Order* by UNITED STATES OF AMERICA. (Jacobs, Jon) (Entered: 03/02/2006) |
| 03/02/2006 | 8 | STIPULATION *Amended Final Judgment* by UNITED STATES OF AMERICA. (Jacobs, Jon) (Entered: 03/02/2006) |
| 03/03/2006 | 9 | ORDER. Signed by Judge Ricardo M. Urbina on 3/3/06. (djr) (Entered: 03/03/2006) |
| 03/03/2006 | 10 | COMPETITIVE IMPACT STATEMENT by UNITED STATES OF AMERICA. (Jacobs, Jon) (Entered: 03/03/2006) |
| 05/22/2006 | 11 | MOTION for Entry of Final Judgment by UNITED STATES OF AMERICA. (Attachments: # 1 Exhibit Proposed Amended Final Judgment)(Jacobs, Jon) (Entered: 05/22/2006) |
| 05/22/2006 | 12 | NOTICE OF TUNNEY ACT REQUIREMENTS by UNITED STATES OF AMERICA. (Attachments: # 1 Exhibit Federal Register publication# 2 Exhibit Newspaper proof of publication)(Jacobs, Jon) (Entered: 05/22/2006) |
| 05/23/2006 | 13 | FINAL JUDGMENT. Signed by Judge Ricardo M. Urbina on 5/23/06. (djr) (Entered: 05/23/2006) |
| 05/30/2006 | 14 | NOTICE *Notice of Time Extension to Complete Divestitures* by UNITED STATES OF AMERICA (Jacobs, Jon) (Entered: 05/30/2006) |
| 07/03/2006 | 15 | NOTICE *Notice of time extension to divest to July 24, 2006* by UNITED STATES OF AMERICA (Jacobs, Jon) (Entered: 07/03/2006) |
| 07/24/2006 | 16 | NOTICE *Notice of status of divestitures* by UNITED STATES OF AMERICA (Jacobs, Jon) (Entered: 07/24/2006) |
| 08/16/2006 | 17 | NOTICE *Notice of Completion of Divestitures* by UNITED STATES OF AMERICA (Jacobs, Jon) (Entered: 08/16/2006) |

**PACER Service Center**

**Transaction Receipt**