# Declaration of George M. Borababy

# Exhibit # 16

# F A C T   S H E E T

### 4th Quarter 2006



### Mission and Corporate Profile
UnitedHealth Group is a diversified health and well-being company dedicated to making the health care system work better. The company directs its resources into designing products, providing services and applying technologies that:

- improve access to health and well-being services;
- simplify the health care experience;
- promote quality; and,
- make health care more affordable.

Through six businesses—UnitedHealthcare, Ovations, AmeriChoice, Uniprise, Specialized Care Services and Ingenix—UnitedHealth Group serves the entire spectrum of health care participants: individual consumers, employers, governments, commercial payers and intermediaries, care providers ranging from hospitals to physicians, and pharmaceutical and medical device manufacturers.

UnitedHealth Group operates in all 50 states and internationally.

### Stock Listing
UnitedHealth Group's common stock is traded on the New York Stock Exchange under the symbol UNH.

### Debt Ratings
UnitedHealth Group's senior debt is rated "A" with a negative outlook by Standard & Poor's, "A" with a negative watch by Fitch, and "A3" with a negative outlook by Moody's. Our commercial paper is rated "A-1" by Standard & Poor's, "F-1" by Fitch, and "P-2" by Moody's.

### Corporate Contacts
| | |
|---|---|
| Capital Markets Comm. & Strategy | John S. Penshorn (952) 936-7214 |
| Individual Investor Relations | Cheryl Mamer (952) 936-7265 |

### Web Site
www.unitedhealthgroup.com

### Facts and Figures: Consolidated Financial Results (in millions)
**Year Ended Dec. 31, 2006** [a]

| | |
|---|---|
| Revenues | $71,684 |
| Net Earnings | $4,174 |
| Operating Margin (1) | 9.7% |

(1) Earnings from operations divided by total revenues.

(a) As previously disclosed, UnitedHealth Group has withdrawn reliance upon its historical financial statements because previously reported operating costs did not correctly reflect non-cash stock-based compensation expenses related to historic stock option grants.

2006 financial results include UnitedHealth Group's estimate of the non-cash full year impact of adjustments to operating expenses for historical stock option grants of $25 million. The $25 million full year charge is at the low end of the range of outcomes of $25 million to $60 million for FAS 123R adjustments discussed in the Company's Form 8-K filed on Dec. 19, 2006.

Please note that the estimated amount of additional non-cash stock-based compensation expense has not been audited and is not yet final; it is subject to change until UnitedHealth Group completes its restatement. In addition, the financial information presented does not reflect any adjustments for non-operating cash charges that may be required in connection with the resolution of stock-option-related litigation, regulatory and tax matters, including any impact on prior tax deductions and related tax accounts for previously exercised stock options under Section 162(m) of the Internal Revenue Code. The amount and timing of these non-operating cash charges are uncertain, but they are likely to be material.

### Diversified Growth
- More than 1 million new individuals enrolled in **fee-based corporate benefit services** in 2006.
- Across UnitedHealth Group, nearly 1.9 million individuals are now enrolled in **consumer-driven health plans** connected to an HRA or HSA, spanning both the commercial and individual markets.
- $285 million in health-care-related financial account assets are held by our **Exante Financial Services** business.
- More than 5.7 million Medicare beneficiaries are enrolled in **Medicare Part D prescription drug plans**. The portfolio of Part D plan options for 2007 includes three stand-alone Part D plans with the exclusive endorsement of AARP, two UnitedHealth stand-alone Part D plans, Part D coverage options for individuals enrolled in our SecureHorizons® Medicare Advantage plans and a variety of prescription drug plan options for employers.

### Continuing Innovation
- **Cost and quality transparency programs** include the UnitedHealth Premium® program, which provides quality and efficiency information about physicians in many medical and surgical specialties; a hospital comparison tool, which compares quality and/or cost information for conditions and procedures at different facilities within a geographic region; and cost estimation tools for procedure, dental and prescription drug costs.
- **Clinically integrated networks** provide individuals with access to critical and complex care services through nationally recognized centers of excellence, based on quality and efficiency measures. These specialty networks are focused on oncology, radiology, cardiology, neuroscience, orthopedic and spinal care services, women's health, emergent and primary care, organ transplantation, neonatal care, kidney disease and bariatric surgery—areas that account for approximately two-thirds of all medical costs.
- UnitedHealth Group's **integrated health card**, which combines personal benefit and health information with multi-account debit card access and credit line capabilities, will be in the hands of members later this year.
- An online **Personal Health Record** combines health claim information with individually entered data to provide a comprehensive summary of an individual's medical condition, medication history, significant medical interventions and laboratory results, and can be accessed anytime through the company's secure member portal, myuhc.com®.

**4th Quarter 2006**

## Businesses

**UnitedHealthcare** coordinates network-based health and well-being services on behalf of mid-sized and small employers, as well as individuals and families.

**Uniprise** provides network-based health and well-being services, business-to-business infrastructure services, consumer connectivity and service, and technology support services for large employers and health plans, and provides health-related consumer financial services.

**Ovations** offers health and well-being services for Americans age 50 and older and their families.

**AmeriChoice** facilitates and manages health care services for state-sponsored Medicaid programs and their beneficiaries.

**Ingenix** is a leader in the field of health care data, analysis and application, serving pharmaceutical companies, health insurers and other payers, physicians and other health care providers, large employers and governments.

**Specialized Care Services** connects people to proven solutions for health and well-being, including:
- **Group Benefit Services**, including critical accident, short-term disability and life coverages, and cost management services for health plans, self-insured employers and individual consumers, and dental and vision benefits and services.
- **Specialized Health Solutions**, including consumer health information services, employee assistance programs, behavioral health services, substance abuse programs, disease management and care facilitation services, chiropractic services, alternative and complementary care services, physical therapy services, critical illness and support network services.

## Reputation and Recognition

- UnitedHealth Group was ranked No. 4 on the 2006 *BusinessWeek* 50, a list of the nation's best-performing large public corporations. The company has been ranked in the top five of the *BusinessWeek* 50 for the past four years.

- *Fortune* magazine (April 17, 2006) ranked UnitedHealth Group No. 37 in the 2006 rankings of the 500 largest U.S. corporations based on 2005 revenues.

- UnitedHealth Group was ranked No. 103 on the 2006 *Forbes* Global 2000, a list of the world's largest companies based on sales, profits, assets and market value.

- UnitedHealth Group was ranked No. 1 on *Fortune* magazine's 2006 list of the Most Admired Health Care Companies. The company has been ranked the first or second most admired company in the health care industry in *Fortune* magazine's annual survey since 1995.

- *Fortune* magazine (July 24, 2006) ranked UnitedHealth Group No. 116 on its 2006 list of 500 of the world's largest companies, based on revenues.





Search

Contact Us

# About UnitedHealth Group
## Our Businesses

HOME

ABOUT UNITEDHEALTH GROUP

**Our Businesses**
   Business Services
   Health Care Services
   Knowledge & Information Services
   Specialized Care Services
History & Innovation
Mission & Values
Community Commitment
Corporate Governance
Executive Information

INVESTOR INFORMATION

NEWSROOM

CAREERS

Products & Services
Looking for a product or service?

Through its family of businesses, UnitedHealth Group provides a diverse and comprehensive array of services designed to advance improved health and well-being.

- We provide a full range of business services to meet the complex needs of national employers and health plans through our Uniprise business.
- We offer network-based health care services through AmeriChoice, Ovations and UnitedHealthcare.
- Our Ingenix business provides knowledge and information services.
- We offer unique specialty health services, ancillary care networks and resources for employers, consumers and insurers through Specialized Care Services.

Download a F Sheet (PDF) UnitedHealth

Home | About UnitedHealth Group | Investor Information | Newsroom | Careers
Contact Us | Privacy Policy | Ethics & Integrity | Search
Copyright, 2001-2006, UnitedHealth Group. All Rights Reserved.