# Declaration of George M. Borababy

# Exhibit # 18

CLOSED, TRANSF

# I.  U.S. District Court
## Eastern District of Kentucky (Covington)
### CIVIL DOCKET FOR CASE #: 2:06-cv-00103-WOB

Omnicare, Inc. v. UnitedHealth Group, Inc. et al  
Assigned to: William O. Bertelsman  
Cause: 15:1 Antitrust Litigation

Date Filed: 05/18/2006  
Jury Demand: Plaintiff  
Nature of Suit: 410 Anti-Trust  
Jurisdiction: Federal Question

**Plaintiff**

**Omnicare, Inc.**  represented by  **Aldo A. Badini**
Dewey Ballantine LLP
1301 Avenue of the Americas
New York, NY 10019-6092
US
212-259-8000
Fax: 212-259-6333
Email: lpmco@dbllp.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Andrew Jonathon Schaeffer**
Greenebaum, Doll & McDonald - Covington
50 E. Rivercenter Boulevard
Suite 1800
P.O. Box 2673
Covington, KY 41012-2673
859-655-6885
Fax: 859-655-4239
Email: ajs@gdm.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Brian S. McGrath**
Dewey Ballantine LLP
1301 Avenue of the Americas
New York, NY 10019-6092
US
212-259-8000
Fax: 212-259-6333

Email:
bmcgrath@deweyballantine.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Carrie A. Shufflebarger**
Greenebaum, Doll & McDonald - Covington
50 E. Rivercenter Boulevard
Suite 1800
P.O. Box 2673
Covington, KY 41012-2673
859-655-4200
Fax: 859-655-4239
Email: cas1@gdm.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Harvey Kurzweil**
Dewey Ballantine LLP
1301 Avenue of the Americas
New York, NY 10019-6092
US
212-259-8000
Fax: 212-259-6333
Email:
hkurzweil@deweyballantine.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Susannah P. Torpey**
Dewey Ballantine LLP
1301 Avenue of the Americas
New York, NY 10019-6092
US
212-259-8000
Fax: 212-259-6333
Email:
storpey@deweyballantine.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**William T. Robinson, III**
Greenebaum, Doll & McDonald - Covington
50 E. Rivercenter Boulevard

|  |  |  |
|---|---|---|
|  |  | Suite 1800<br>P.O. Box 2673<br>Covington, KY 41012-2673<br>859-655-4220<br>Fax: 859-655-4239<br>Email: wtr@gdm.com<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| V.<br>**Defendant** |  |  |
| **UnitedHealth Group, Inc.** | represented by | **Bethany D. Krueger**<br>Robins, Kaplan, Miller & Ciresi, LLP - MN<br>800 LaSalle Avenue<br>2800 LaSalle Plaza<br>Minneapolis, MN 55402-2015<br>612-349-8500<br>Fax: 612-339-4181<br>Email: bdkrueger@rkmc.com<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**David A. Balto**<br>Robins, Kaplan, Miller & Ciresi LLP - DC<br>1801 K. Street, N.W.<br>Suite 1200<br>Washington, DC 20006-1307<br>US<br>202-736-2637<br>Fax: 202-223-8604<br>Email: dbalto@rkmc.com<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Jeffrey M. Bryan**<br>Robins, Kaplan, Miller & Ciresi, LLP - MN<br>800 LaSalle Avenue<br>2800 LaSalle Plaza<br>Minneapolis, MN 55402-2015<br>612-349-8269<br>Fax: 612-339-4181 |

Email: jmbryan@rkmc.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Mark Alan Vander Laan**
Dinsmore & Shohl, LLP - Cincinnati OH
255 E. Fifth Street
1900 Chemed Center
Cincinnati, OH 45202
513-977-8238
Fax: 513-977-8505
Email: mark.vanderlaan@dinslaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Michael V. Ciresi**
Robins, Kaplan, Miller & Ciresi, LLP
800 LaSalle Avenue
Suite 2800
Minneapolis, MN 55402
US
612-349-8500
Fax: 612-339-4181
Email: mvciresi@rkmc.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Thomas J. Undlin**
Robins, Kaplan, Miller & Ciresi, LLP - MN
800 LaSalle Avenue
2800 LaSalle Plaza
Minneapolis, MN 55402-2015
612-349-8706
Fax: 612-339-4181
Email: tjundlin@rkmc.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Frederick M. Erny**
Dinsmore & Shohl, LLP - Cincinnati OH
255 E. Fifth Street
1900 Chemed Center

                                    Cincinnati, OH 45202
                                    513-977-8284
                                    Fax: 513-977-8141
                                    Email: fred.erny@dinslaw.com
                                    *ATTORNEY TO BE NOTICED*

**<u>Defendant</u>**

**PacifiCare Health Systems, Inc.**        represented by  **Bethany D. Krueger**
                                                                       (See above for address)
                                                                       *LEAD ATTORNEY*
                                                                       *ATTORNEY TO BE NOTICED*

                                                                       **David A. Balto**
                                                                       (See above for address)
                                                                       *LEAD ATTORNEY*
                                                                       *ATTORNEY TO BE NOTICED*

                                                                       **Jeffrey M. Bryan**
                                                                       (See above for address)
                                                                       *LEAD ATTORNEY*
                                                                       *ATTORNEY TO BE NOTICED*

                                                                       **Mark Alan Vander Laan**
                                                                       (See above for address)
                                                                       *LEAD ATTORNEY*
                                                                       *ATTORNEY TO BE NOTICED*

                                                                       **Michael V. Ciresi**
                                                                       (See above for address)
                                                                       *LEAD ATTORNEY*
                                                                       *ATTORNEY TO BE NOTICED*

                                                                       **Thomas J. Undlin**
                                                                       (See above for address)
                                                                       *LEAD ATTORNEY*
                                                                       *ATTORNEY TO BE NOTICED*

                                                                       **Frederick M. Erny**
                                                                       (See above for address)
                                                                       *ATTORNEY TO BE NOTICED*

**<u>Defendant</u>**

**RxSolutions, Inc.**                                represented by  **Bethany D. Krueger**
*doing business as*                                                       (See above for address)

| | |
|---|---|
| Prescription Solutions | *LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**David A. Balto**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Jeffrey M. Bryan**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Mark Alan Vander Laan**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Michael V. Ciresi**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Thomas J. Undlin**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Frederick M. Erny**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |

| II. Date Filed | III. # | IV. Docket Text |
|---|---|---|
| 05/18/2006 | 1 | COMPLAINT 3 summons(es)issued with copy ( Filing fee $350; receipt number 124298), filed by Omnicare, Inc.. (Attachments: # 1 Civil Cover Sheet # 2 Receipt # 3 Summons issued - 3# 4 Civil Case assignment sheet)(TED) (Entered: 05/18/2006) |
| 05/18/2006 | 2 | FRCP 7.1 DISCLOSURE STATEMENT by Omnicare, Inc.. (TED) (Entered: 05/18/2006) |
| 05/19/2006 | 3 | MOTION for Harvey Kurzweil, Brian S. McGrath and Susannah P. Torpey to Appear Pro Hac Vice by Omnicare, Inc. (Attachments: # 1 |

| | | |
|---|---|---|
| | | Affidavit of Harvey Kurzweil # 2 Affidavit of Brian S. McGrath # 3 Affidavit of Susannah P. Torpey # 4 Proposed Order)(JMM) (Entered: 05/23/2006) |
| 05/19/2006 | 4 | PRO HAC VICE Filing fee received - Harvey Kurzweil, Brian S. McGrath and Susannah P. Torpey - $195.00, receipt number 124308 (JMM) (Entered: 05/23/2006) |
| 05/23/2006 | | ***MOTION SUBMITTED TO CHAMBERS of Judge William O. Bertelsman for review: 3 MOTION for Harvey Kurzweil, Brian S. McGrath and Susannah P. Torpey to Appear Pro Hac Vice by Omnicare, Inc. (JMM) (Entered: 05/23/2006) |
| 05/23/2006 | 5 | SUMMONS Returned Executed by Omnicare, Inc. via Personal Service to John D. Jones for RxSolutions, Inc. d/b/a Prescription Solutions served on 5/18/2006, answer due 6/7/2006. (JMM) (Entered: 05/23/2006) |
| 05/23/2006 | 6 | SUMMONS Returned Executed by Omnicare, Inc. via Personal Service to Katherine Josephson, Paralegal for David J. Lubben at UnitedHealth Group, Inc. served on 5/18/2006, answer due 6/7/2006. (JMM) (Entered: 05/23/2006) |
| 05/23/2006 | 7 | SUMMONS Returned Executed by Omnicare, Inc. via Personal Service to Christopher Lichtenberg, Paralegal to Joseph Konowiecki for PacifiCare Health Systems, Inc. served on 5/18/2006, answer due 6/7/2006. (JMM) (Entered: 05/23/2006) |
| 05/24/2006 | 8 | ORDER granting 3 Motion to Appear Pro Hac Vice by Harvey Kurzweil, Brian S. McGrath and Susannah P. Torpey of the firm Dewey Ballantine LLP . Signed by Judge William O. Bertelsman. (LMB)cc: COR (Entered: 05/25/2006) |
| 06/02/2006 | 9 | STIPULATION *Extending Time of All Defendants to Answer or Otherwise Respond to Complaint* by Omnicare, Inc., UnitedHealth Group, Inc., PacifiCare Health Systems, Inc., RxSolutions, Inc.. (Erny, Frederick) (Entered: 06/02/2006) |
| 06/05/2006 | | ***FILE SUBMITTED TO CHAMBERS of JUDGE WILLIAM O. BERTELSMAN for review: 9 Stipulation (TED) (Entered: 06/05/2006) |
| 06/05/2006 | 10 | AMENDED COMPLAINT *First Supplemental and Amended Complaint* against all defendants, filed by Omnicare, Inc.. (Attachments: # 1 Exhibit A# 2 Exhibit B)(Robinson, William) Modified Exhibit A and B descriptions adding text to describe said exhibits on 6/5/2006 (Dallas, Tammy). (Entered: 06/05/2006) |
| 06/05/2006 | 11 | STIPULATION EXTENDING TIME OF ALL DEFENDANTS TO |

| | | |
|---|---|---|
| | | ANSWER OR OTHERWISE RESPOND TO COMPLAINT: re 1 Complaint filed by Omnicare, Inc. UnitedHealth Group, Inc., PacifiCare Health Systems, Inc. and RxSolutions, Inc.'s time to answer and/or otherwise respond to the Complaint is extended up to and including 7/10/06. Answer due 7/10/2006. Signed by Judge William O. Bertelsman. (TED)cc: COR (Entered: 06/05/2006) |
| 06/05/2006 | 12 | NOTICE OF APPEARANCE *of Frederick M. Erny* by UnitedHealth Group, Inc., PacifiCare Health Systems, Inc., RxSolutions, Inc..(Erny, Frederick) (Entered: 06/05/2006) |
| 06/21/2006 | 13 | MOTION to Appear Pro Hac Vice by UnitedHealth Group, Inc., PacifiCare Health Systems, Inc., RxSolutions, Inc. *Vander Laan, Ciresi, Undlin, Krueger, Bryan, Balto* (Filing fee $65.) (Attachments: # 1 Proposed Order # 2 Affidavit Affidavit of Mark A. Vander Laan, Esq.# 3 Affidavit Affidvit of Michael V. Ciresi# 4 Affidavit Affidavit of Thomas J. Undlin# 5 Affidavit Affidavit of Bethany D. Krueger# 6 Affidavit Affidavit of Jeffrey M. Bryan# 7 Affidavit Affidavit of Balto)(Erny, Frederick) (Entered: 06/21/2006) |
| 06/22/2006 | | Clerk's Note: Call to Frederick M. Erny's office advising fee for pro hac for six attorneys at $65 each re: 13 must be filed within 3 business days. (TED) (Entered: 06/22/2006) |
| 06/22/2006 | 14 | PRO HAC VICE Filing fee received - Mark A. Vander Laan, Michael V. Ciresi, Thomas J. Undlin, Bethany D. Krueger, Jeffrey M. Bryan, David A. Balto - $390, receipt number 124381 (TED) (Entered: 06/22/2006) |
| 06/22/2006 | | ***MOTION SUBMITTED TO CHAMBERS of WILLIAM O. BERTELSMAN for review: 13 MOTION to Appear Pro Hac Vice by UnitedHealth Group, Inc., PacifiCare Health Systems, Inc., RxSolutions, Inc. (Filing fee $390.) (TED) (Entered: 06/22/2006) |
| 06/26/2006 | 15 | ORDER granting 13 Motion to Appear Pro Hac Vice for counsel Mark A. Vander Laan, Michael V. Ciresi, Thomas J. Undlin, Bethany D. Krueger,, Jeffrey M. Bryan, David A. Balto to appear as counsel for defendants, UnitedHealth Group, Inc., Pacificare Health Systems, Inc. and RX Solutions. Signed by Judge William O. Bertelsman. (TED)cc: COR (Entered: 06/29/2006) |
| 07/07/2006 | 16 | MOTION with affidavit in support for Aldo A. Badini to Appear Pro Hac Vice for Omnicare, Inc. (Attachments: # 1 Proposed Order # 2 Receipt for pro hac vice fee)(TED) (Entered: 07/10/2006) |
| 07/07/2006 | 17 | PRO HAC VICE Filing fee received - Aldo A. Badini - $ 65.00, receipt number 125018 (TED) (Entered: 07/10/2006) |
| 07/10/2006 | 18 | FRCP 7.1 DISCLOSURE STATEMENT*Def. Pacificare Health* |

| | | |
|---|---|---|
| | | *Systems, Inc.'s Rule 7.1 Corp. Disclosure Statement* by UnitedHealth Group, Inc., PacifiCare Health Systems, Inc., RxSolutions, Inc.. (Erny, Frederick) (Entered: 07/10/2006) |
| 07/10/2006 | 19 | FRCP 7.1 DISCLOSURE STATEMENT *of Defendant RxSolutions, Inc.'s Rule 7.1 Corporate Disclosure Statement* by UnitedHealth Group, Inc., PacifiCare Health Systems, Inc., RxSolutions, Inc.. (Erny, Frederick) (Entered: 07/10/2006) |
| 07/10/2006 | 20 | FRCP 7.1 DISCLOSURE STATEMENT *of Defendant UnitedHealth Group, Inc.* by UnitedHealth Group, Inc., PacifiCare Health Systems, Inc., RxSolutions, Inc.. (Erny, Frederick) (Entered: 07/10/2006) |
| 07/10/2006 | 21 | MOTION to Change Venue by UnitedHealth Group, Inc., PacifiCare Health Systems, Inc., RxSolutions, Inc. *or, in the alternative to dismiss Complaint for Failure to State a Claim* (Erny, Frederick) Additional attachment(s) added on 7/11/2006 (Dallas, Tammy). (Entered: 07/10/2006) |
| 07/10/2006 | 22 | MEMORANDUM in Support of Motion re 21 MOTION to Change Venue by UnitedHealth Group, Inc., PacifiCare Health Systems, Inc., RxSolutions, Inc. *or, in The Alternative to Dismiss the Complaint* filed by UnitedHealth Group, Inc., PacifiCare Health Systems, Inc., RxSolutions, Inc.. (Erny, Frederick) (Entered: 07/10/2006) |
| 07/10/2006 | 23 | AFFIDAVIT in Support re 21 MOTION to Change Venue by UnitedHealth Group, Inc., PacifiCare Health Systems, Inc., RxSolutions, Inc. *of Jeffrey M. Bryan* filed by UnitedHealth Group, Inc., PacifiCare Health Systems, Inc., RxSolutions, Inc.. (Attachments: # 1 Exhibit "UHG Agreement" (filed under seal)# 2 Exhibit United States v. UnitedHealth Group, Inc. slip op.# 3 Exhibit PacificCare Prescription Drug Services Agreement (filed under seal)# 4 Exhibit June 14, 2006 Letter of Wm. T. Robinson, III# 5 Exhibit Report of U.S. District Courts for period ending 3/31/05)(Erny, Frederick) (Entered: 07/10/2006) |
| 07/10/2006 | 24 | NOTICE OF FILING by UnitedHealth Group, Inc., PacifiCare Health Systems, Inc., RxSolutions, Inc. re 21 MOTION to Change Venue by UnitedHealth Group, Inc., PacifiCare Health Systems, Inc., RxSolutions, Inc. *Proposed Order Granting Defendants' Motion to Transfer* (Erny, Frederick) (Entered: 07/10/2006) |
| 07/10/2006 | 25 | NOTICE OF FILING by UnitedHealth Group, Inc., PacifiCare Health Systems, Inc., RxSolutions, Inc. re 21 MOTION to Change Venue by UnitedHealth Group, Inc., PacifiCare Health Systems, Inc., RxSolutions, Inc. *Proposed Order Granting Defendants' Alternative Motion to Dismiss* (Erny, Frederick) (Entered: 07/10/2006) |

| | | |
|---|---|---|
| 07/10/2006 | 26 | MOTION for Hearing re 21 MOTION to Change Venue by UnitedHealth Group, Inc., PacifiCare Health Systems, Inc., RxSolutions, Inc. by UnitedHealth Group, Inc., PacifiCare Health Systems, Inc., RxSolutions, Inc. *Requesting Oral Argument* (Erny, Frederick) Additional attachment(s) added on 7/11/2006 (Dallas, Tammy). (Entered: 07/10/2006) |
| 07/10/2006 | 27 | NOTICE OF FILING by UnitedHealth Group, Inc., PacifiCare Health Systems, Inc., RxSolutions, Inc. re 26 MOTION for Hearing re 21 MOTION to Change Venue by UnitedHealth Group, Inc., PacifiCare Health Systems, Inc., RxSolutions, Inc. by UnitedHealth Group, Inc., PacifiCare Health Systems, Inc., RxSolutions, Inc. *of Proposed Order Setting Oral Argument* (Erny, Frederick) (Entered: 07/10/2006) |
| 07/10/2006 | 29 | MOTION to Dismiss Complaint for failure to state a claim by UnitedHealth Group, Inc., PacifiCare Health Systems, Inc., RxSolutions, Inc. (this motion wasi included in Docket Entry 21 and was entered for report purposes) (Attachments: # 1 Proposed Order)(TED) (Entered: 07/11/2006) |
| 07/11/2006 | 28 | ORDER granting 16 Motion to Appear Pro Hac Vice of counsel Aldo A. Badini to appear for plaintiff Omnicare, Inc.. Signed by Judge William O. Bertelsman. (TED)cc: COR (Entered: 07/11/2006) |
| 07/11/2006 | | NOTICE OF DOCKET MODIFICATION TO Frederick Erny re 21 MOTION to Change Venue by UnitedHealth Group, Inc., PacifiCare Health Systems, Inc., RxSolutions, Inc. ; Error: The document has two reliefs and only one was docketed; Entry made by Attorney; Correction: Clerk has docketed the motion to dismiss the complaint as DE 29. In the future when docketing a motion with two or more reliefs, you need to click on your first motion and then hold down the control key and click on the other motion(s). This will put all of the motions on the Judge's motion report for ruling. Clerk has attached the Proposed Order for each individual motion. Proposed Orders should be filed as an electronic attachment to the motion. If a Proposed Order must be filed at a later date, it should be filed as an electronic attachment to a Notice of Filing. No further action is required by counsel. cc: COR (TED) (Entered: 07/11/2006) |
| 07/11/2006 | 30 | NOTICE OF FILING by UnitedHealth Group, Inc., PacifiCare Health Systems, Inc., RxSolutions, Inc. OF SEALED EXHIBITS "A" and "B" re 23 Affidavit in Support of Motion to transfer venue or in the alternative to dismiss plaintiff's antitrust claims 21 and 29 (Sealed exhibits placed on shelf in Clek's Office) (TED) (Entered: 07/13/2006) |
| 07/24/2006 | 31 | Proposed Agreed Order/Stipulation *Extending Time for Briefing on Defendants' Motions to Transfer Venue* by Omnicare, Inc.. (Kurzweil, Harvey) (Entered: 07/24/2006) |

| | | |
|---|---|---|
| 07/25/2006 | | NOTICE OF DEFICIENCY TO Harvey Kurzweil re 31 Proposed Agreed Order/Stipulation ; Attorney has failed to type name on the signature line. The name of the filing user under whose login and password the document is submitted must be preceded by an "s/" and typed in the space where the signature would otherwise appear along with typed signature stating authorization for consenting counsel. Also the main document was scanned instead of converted into PDF format directly from the native word application. All pleadings created with a word application shall be converted to PDF format using PDF conversion software rather than being scanned. No further action required by counsel. cc: COR (TED) (Entered: 07/25/2006) |
| 07/25/2006 | | ***FILE SUBMITTED TO CHAMBERS of JUDGE BERTELSMAN for review: 31 Proposed Agreed Order/Stipulation (TED) (Entered: 07/25/2006) |
| 07/26/2006 | 32 | STIPULATION EXTENDING TIME FOR BRIEFING ON DEFENDANTS' MOTIONS TO TRANSFER VENUE OR IN THE ALTERNATIVE TO DISMISS COUNTS I AND II OF THE COMPLAINT. Plaintiff's response to motion to transfer venue 21 or in alterntiave to dismiss 26 due by 8/11/2006. Defendants' time to reply is extended to 9/1/2006.. Signed by Judge William O. Bertelsman. (TED)cc: COR (Entered: 07/26/2006) |
| 08/11/2006 | 33 | RESPONSE in Opposition re 26 MOTION for Hearing re 21 MOTION to Change Venue by UnitedHealth Group, Inc., PacifiCare Health Systems, Inc., RxSolutions, Inc. by UnitedHealth Group, Inc., PacifiCare Health Systems, Inc., RxSolutions, Inc., 29 MOTION to Dismiss by UnitedHealth Group, Inc., PacifiCare Health Systems, Inc., RxSolutions, Inc. *Memorandum in Opposition to Motion to Transfer Venue or to Dismiss* filed by Omnicare, Inc.. (Attachments: # 1 Affidavit of Service)(Kurzweil, Harvey) Additional attachment(s) added on 8/14/2006 (Maxie, Joyce). Modified on 8/14/2006 (To attach Proposed Order)(Maxie, Joyce). (Entered: 08/11/2006) |
| 08/11/2006 | 34 | AFFIDAVIT re 33 Response in Opposition to Motion,, *Declaration of Brian S. McGrath* by Omnicare, Inc.. (Attachments: # 1 Exhibit 1# 2 Exhibit 2# 3 Exhibit 3# 4 Exhibit 4# 5 Exhibit 5# 6 Exhibit 6, part 1# 7 Exhibit 6, part 2# 8 Exhibit 6, part 3# 9 Exhibit 7# 10 Exhibit 8# 11 Exhibit 9# 12 Exhibit 10)(Kurzweil, Harvey) (Entered: 08/11/2006) |
| 08/11/2006 | 35 | PROPOSED ORDER 33*[Proposed] Order* filed by Omnicare, Inc. (Kurzweil, Harvey) Modified on 8/14/2006 (to indicate that this document was not a Response)(Maxie, Joyce). (Entered: 08/11/2006) |
| 08/11/2006 | | Clerk's Note: re 34 Declaration of Brian S. McGrath. Clerk is in receipt of Sealed Exhbits 5 and 7. Exhibits are placed in seal envelope on shelf in clerks office. (LMB) (Entered: 08/14/2006) |

| | | |
|---|---|---|
| 08/14/2006 | | NOTICE OF DOCKET MODIFICATION TO Harvey Kurzweil re 35 RESPONSE, 33 Response in Opposition to Motion; 34 Affidavit; Error: attachments were insufficiently described as "Exhibit 1 - 2", etc. to the Affidavit. The Proposed Order was omitted from the Response and filed separately; Entry made by attorney; Correction: The Clerk has attached the Proposed Order to the Response and has renamed the attachments to Affidavit #34. It is necessary that all attachments are adequately described. ex; Exhibit 1 (incorrect); Exhibit 1 - letter dtd 8/2/06 (correct). In the future counsel should attach omitted proposed orders to a pleading titled "Notice of Filing"; No further action required by attorney cc: COR (JMM) (Entered: 08/14/2006) |
| 08/22/2006 | 36 | MOTION for Leave to File Excess Pages by UnitedHealth Group, Inc., PacifiCare Health Systems, Inc., RxSolutions, Inc. (Attachments: # 1 Proposed Order to exceed page limits)(Erny, Frederick) (Entered: 08/22/2006) |
| 08/22/2006 | 37 | MEMORANDUM IN SUPPORT of 36 *Motion to Exceed Page Limits* filed by UnitedHealth Group, Inc., PacifiCare Health Systems, Inc., RxSolutions, Inc.. (Attachments: # 1 Exhibit S Torpey e-mail to counsel)(Erny, Frederick) (Entered: 08/22/2006) |
| 08/23/2006 | 38 | RESPONSE to Motion re 36 MOTION for Leave to File Excess Pages by UnitedHealth Group, Inc., PacifiCare Health Systems, Inc., RxSolutions, Inc. filed by Omnicare, Inc.. (Robinson, William) (Entered: 08/23/2006) |
| 08/24/2006 | | ***MOTION SUBMITTED TO CHAMBERS of JUDGE BERTELSMAN for review: 36 MOTION for Leave to File Excess Pages by UnitedHealth Group, Inc., PacifiCare Health Systems, Inc., RxSolutions, Inc. (TED) (Entered: 08/24/2006) |
| 08/31/2006 | 39 | ORDER re: 36 Motion to exceed page limit; IT IS ORDERED that defendants are permitted to file their reply brief not to exceed 25 pages . Signed by Judge William O. Bertelsman. (TED)cc: COR (Entered: 08/31/2006) |
| 09/01/2006 | 40 | REPLY to 21, 33, 29 *in Support of Motion to Transfer Venue or to Dismiss Antitrust Claims* filed by UnitedHealth Group, Inc., PacifiCare Health Systems, Inc., RxSolutions, Inc.. (Erny, Frederick) (Entered: 09/01/2006) |
| 09/05/2006 | 41 | MOTION for Hearing re 21 MOTION to Change Venue by UnitedHealth Group, Inc., PacifiCare Health Systems, Inc., RxSolutions, Inc., 33 Response in Opposition to Motion,,, 40 REPLY, 29 MOTION to Dismiss by UnitedHealth Group, Inc., PacifiCare Health Systems, Inc., RxSolutions, Inc. by Omnicare, Inc. |

| | | |
|---|---|---|
| | | (Attachments: # 1 Proposed Order)(Robinson, William) (Entered: 09/05/2006) |
| 09/08/2006 | | ***MOTION SUBMITTED TO CHAMBERS of William O. Bertelsman for review: 41 MOTION for Hearing re 21 MOTION to Change Venue by UnitedHealth Group, Inc., PacifiCare Health Systems, Inc., RxSolutions, Inc., 33 Response in Opposition to Motion,,, 40 REPLY, 29 MOTION to Dismiss by UnitedHealth Group, Inc., PacifiCare Hea (JMM) (Entered: 09/08/2006) |
| 09/21/2006 | | ***MOTION SUBMITTED TO CHAMBERS of JUDGE WILLIAM O. BERTELSMAN for review: 26 MOTION for Hearing re 21 MOTION to Change Venue by UnitedHealth Group, Inc., PacifiCare Health Systems, Inc., RxSolutions, Inc. by UnitedHealth Group, Inc., PacifiCare Health Systems, Inc., RxSolutions, Inc., 41 MOTION for Hearing re 21 MOTION to Change Venue by UnitedHealth Group, Inc., PacifiCare Health Systems, Inc., RxSolutions, Inc., 33 Response in Opposition to Motion,,, 40 REPLY, 29 MOTION to Dismiss by UnitedHealth Group, Inc., PacifiCare Hea, 21 MOTION to Change Venue by UnitedHealth Group, Inc., PacifiCare Health Systems, Inc., RxSolutions, Inc., 29 MOTION to Dismiss by UnitedHealth Group, Inc., PacifiCare Health Systems, Inc., RxSolutions, Inc. (TED) (Entered: 09/21/2006) |
| 10/05/2006 | 42 | ORDER re 26 MOTION for Hearing re 21 MOTION to Change Venue by UnitedHealth Group, Inc., PacifiCare Health Systems, Inc., RxSolutions, Inc. is GRANTED. Oral Argument Hearing set for 10/19/2006 01:00 PM in Covington before William O. Bertelsman.. Signed by Judge William O. Bertelsman. (TED)cc: COR Modified adding motion is granted on 10/5/2006 (Dallas, Tammy). (Entered: 10/05/2006) |
| 10/05/2006 | 43 | NOTICE OF MANDATORY ECF DIRECTED TO Michael V. Cieresi, non-registered attorney re 42 Order had to be MAILED TO a non-registered attorney, which is in direct violation of this court's General Orders re: Mandatory ECF. *Failure to comply will result in this matter being submitted to the Chief Judge to institute contempt proceedings.* cc: COR (TED) (Entered: 10/05/2006) |
| 10/06/2006 | 44 | ORDER: Counsel having a conflict with regard to oral argument hearing, It is Ordered that the oral argument on dft's motions to transfer venue or in the alternative to dismiss plfs' antitrust claims 21 and 29 be and is hereby continued to 11/8/2006 01:00 PM in Covington before William O. Bertelsman.. Signed by Judge William O. Bertelsman. (TED)cc: COR (Entered: 10/06/2006) |
| 11/09/2006 | 45 | MEMORANDUM OPINION AND ORDER: Oral argument held 11/8/06 on motion to transfer venue or in the alternative to dismiss. It |

| | | |
|---|---|---|
| | | is ordered: 1) Defendants' motion to transfer venue 21 be and is hereby GRANTED and this matter is hereby TRANSFERRED to the United States District Court for the Northern District of Illinois; and 2) Defendants' alternative motion to dismiss 29 be and is hereby DENIED WIHTOUT PREJUDICE with leave to refile in the transferee court. Signed by Judge William O. Bertelsman. (Court Reporter: Joan Averdick)(TED)cc: COR (Entered: 11/09/2006) |
| 11/09/2006 | 46 | Letter from United States District Clerk, Covington to United States District Court Clerk, Northern District of Illinois transferring case with certified copies of docket sheet, Order of transfer and an Instruction sheet for accessing PDF documents. (TED) (Entered: 11/09/2006) |
| 11/20/2006 | 47 | RECEIPT of letter from U.S. District Clerk, Northern District of Illinois re 45 Case Transferred Out - Case No. 06-cv-6235 assigned to Judge Pallmeyer and Magistrate Judge Keys. (TED) (Entered: 11/20/2006) |
| 12/19/2006 | 48 | TRANSCRIPT of Official Proceedings: Oral argument held on 11/8/06 before Judge William O. Bertelsman. Court Reporter: Joan Averdick. Consisting of 23 pages. (TED) (Entered: 12/20/2006) |

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| | | | |
| 02/16/2007 10:14:23 | | | |
| PACER Login: | pb0014 | Client Code: | 013599.0117wjames |
| Description: | Docket Report | Search Criteria: | 2:06-cv-00103-WOB |
| Billable Pages: | 8 | Cost: | 0.64 |