# Declaration of George M. Borababy

# Exhibit # 19

KEYS, PROTO

# United States District Court
## Northern District of Illinois - CM/ECF LIVE, Ver 3.0 (Chicago)
### CIVIL DOCKET FOR CASE #: 1:06-cv-06235

| | |
|---|---|
| Omnicare, Inc. v. UnitedHealth Group, Inc. et al | Date Filed: 11/14/2006 |
| Assigned to: Honorable Rebecca R. Pallmeyer | Jury Demand: Defendant |
| Case in other court: USDC Eastern District of Kentucky, 2:06-00103-WOB | Nature of Suit: 410 Anti-Trust |
| | Jurisdiction: Federal Question |
| Cause: 15:1 Antitrust Litigation | |

**Plaintiff**

**Omnicare, Inc.**   represented by   **Aldo A Badini**
Dewey Ballantine LLP
1301 Avenue of the Americas
New York, NY 10019
(212) 259-6120
Email: abadini@deweyballantine.com
*ATTORNEY TO BE NOTICED*

**Andrew Jonathon Schaeffer**
Greenebaum, Doll & McDonald - Covington
50 East Rivercenter Boulevard
Suite 1800
P.O. Box 2673
Covington, KY 41012
(859) 655-4239
*ATTORNEY TO BE NOTICED*

**Brian S. McGrath**
Dewey Ballantine LLP
1301 Avenue of the Americas
New York, NY 10019
(212) 259-8000
Email: bmcgrath@deweyballantine.com
*ATTORNEY TO BE NOTICED*

**Carrie A. Shufflebarger**
Greenebaum, Doll & McDonald - Covington
50 East Rivercenter Boulevard
Suite 1800
P.O. Box 2673

Covington, KY 41012
(859) 655-4200

**George E. Mastoris**
Dewey Ballantine LLP
1301 Avenue of the Americas
New York, NY 10019
(212) 259-6827
*ATTORNEY TO BE NOTICED*

**Harvey Kurzweil**
Dewey Ballantine
1301 Avenue of the Americas
New York, NY 10019-6092
(212) 259-8000
Email: hkurzweil@deweyballantine.com
*ATTORNEY TO BE NOTICED*

**James T. Malysiak**
Freeman, Freeman & Salzman, P.C.
401 North Michigan Avenue
Suite 3200
Chicago, IL 60611
(312) 222-5100
Email: jmalysiak@ffspc.com
*ATTORNEY TO BE NOTICED*

**John D. Harkrider**
Axinn, Veltrop & Harkrider LLP
1370 Avenue of the Americas
19th Floor
New York, NY 10019
(212) 728-2210
Email: jdh@avhlaw.com
*ATTORNEY TO BE NOTICED*

**Lee A. Freeman, Jr.**
Freeman, Freeman & Salzman, P.C.
401 North Michigan Avenue
Suite 3200
Chicago, IL 60611
(312) 222-5100
Fax: 312-822-0870
Email: lfreemanjr@ffspc.com
*ATTORNEY TO BE NOTICED*

        **Richard P. Campbell**
Freeman, Freeman & Salzman, P.C.
401 North Michigan Avenue
Suite 3200
Chicago, IL 60611
(312) 222-5100
Email: rcampbell@ffspc.com
*ATTORNEY TO BE NOTICED*

        **Susannah P. Torpey**
Dewey Ballantine LLP
1301 Avenue of the Americas
New York, NY 10019
(212) 259-8000
Email: storpey@deweyballantine.com
*ATTORNEY TO BE NOTICED*

        **William T. Robinson, III**
Greenebaum, Doll & McDonald - Covington
50 East Rivercenter Boulevard
Suite 1800
P.O. Box 2673
Covington, KY 41012
(859) 655-4220

V.

**Defendant**

**UnitedHealth Group, Inc.**                 represented by   **Athanasios Papadopoulos**
Neal, Gerber & Eisenberg
Two North LaSalle Street
Suite 2200
Chicago, IL 60602
(312) 269-8000
Email: tpapadopoulos@ngelaw.com
*ATTORNEY TO BE NOTICED*

        **Bethany Dianne Krueger**
Robins, Kaplan, Miller & Ciresi
2800 LaSalle Plaza
800 LaSalle Avenue
Minneapolis, MN 55402-2015
(612) 349-8500

Email: bdkrueger@rkmc.com
*ATTORNEY TO BE NOTICED*

**Christopher W. Madel**
Robins, Kaplan, Miller & Ciresi LLP
2800 LaSalle Plaza
800 LaSalle Avenue
Minneapolis, MN 55402-2015
(612) 349-8703
Email: cwmadel@rkmc.com
*ATTORNEY TO BE NOTICED*

**David A. Balto**
Robins, Kaplan, Miller & Ciresi LLP - DC
1801 K. Street, N.W.
Suite 1200
Washington, DC 20006
(202) 736-2637
*TERMINATED: 02/07/2007*

**Frederick M. Erny**
Dinsmore & Shohl, LLP - Cincinnati OH
225 East Fifth Street
1900 Chemed Center
Cincinnati, OH 45202
(513) 977-8284

**James King Gardner**
Neal, Gerber & Eisenberg
Two North LaSalle Street
Suite 2200
Chicago, IL 60602
(312) 269-8000
Email: jgardner@ngelaw.com
*ATTORNEY TO BE NOTICED*

**Jeffrey M. Bryan**
Robins, Kaplan, Miller & Ciresi, LLP - MN
800 LaSalle Avenue
2800 LaSalle Plaza
Minneapolis, MN 55402
(612) 349-8269
Email: jmbryan@rkmc.com
*ATTORNEY TO BE NOTICED*

**Mark Alan Vander Laan**
Dinsmore & Shohl, LLP - Cincinnati OH
255 East Fifth Street
1900 Chemed Center
Cincinnati, OH 45202
(513) 977-8238
*TERMINATED: 02/07/2007*

**Michael V. Ciresi**
Robins, Kaplan, Miller & Ciresi, LLP
800 LaSalle Avenue
Suite 2800
Minneapolis, MN 55402
(612) 349-8500
Email: mvciresi@rkmc.com
*ATTORNEY TO BE NOTICED*

**Stephen P. Safranski**
Robins, Kaplan, Miller & Ciresi
800 LaSalle Avenue
Minneapolis, MN 55402-2015
(612) 349-8500
Email: spsafranski@rkmc.com
*ATTORNEY TO BE NOTICED*

**Thomas J Undlin**
Robins, Kaplan, Miller & Ciresi
800 LaSalle Avenue
2800 LaSalle Plaza
Minneapolis, MN 55402-2015
(612) 349-8500
Email: tjundlin@rkmc.com
*ATTORNEY TO BE NOTICED*

**Defendant**

**Pacificare Health Systems, Inc.**                 represented by   **Athanasios Papadopoulos**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Bethany Dianne Krueger**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Christopher W. Madel**
(See above for address)

*ATTORNEY TO BE NOTICED*

**David A. Balto**
(See above for address)
*TERMINATED: 02/07/2007*

**Frederick M. Erny**
(See above for address)

**James King Gardner**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Jeffrey M. Bryan**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Mark Alan Vander Laan**
(See above for address)
*TERMINATED: 02/07/2007*
*ATTORNEY TO BE NOTICED*

**Michael V. Ciresi**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Stephen P. Safranski**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Thomas J Undlin**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**RxSolutions, Inc.**
*doing business as*
Prescription Solutions

represented by **Athanasios Papadopoulos**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Bethany Dianne Krueger**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Christopher W. Madel**
(See above for address)

*ATTORNEY TO BE NOTICED*

**David A. Balto**
(See above for address)
*TERMINATED: 02/07/2007*

**Frederick M. Erny**
(See above for address)

**James King Gardner**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Jeffrey M. Bryan**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Mark Alan Vander Laan**
(See above for address)
*TERMINATED: 02/07/2007*
*ATTORNEY TO BE NOTICED*

**Michael V. Ciresi**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Stephen P. Safranski**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Thomas J Undlin**
(See above for address)
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 06/05/2006 | | AMENDED complaint by Omnicare, Inc. against UnitedHealth Group, Inc., Pacificare Health Systems, Inc., RxSolutions, Inc. (To view an image of this document see entry number 47)(td, ) (Entered: 11/17/2006) |
| 11/14/2006 | 47 | RECEIVED from USDC Eastern District of Kentucky; Case Number 2:06-103-WOB documents numbered 1-46, transmittal letter and certified copy of docket sheet and order. (Attachments: # 1 Amended Complaint, doc.#10# 2 Amended Complaint, part2 doc#10# 3 Amended Complaint, part 3 doc#10)(td, ) (Entered: 11/17/2006) |

| | | |
|---|---|---|
| 11/14/2006 | 48 | CIVIL Cover Sheet. (td, ) (Entered: 11/17/2006) |
| 11/17/2006 | | MAILED Rule 83.15 letter with an attorney appearance form to counsel of record. (td, ) (Entered: 11/17/2006) |
| 11/20/2006 | 49 | MINUTE entry before Judge Rebecca R. Pallmeyer : Status hearing set for 12/18/2006 at 09:00 AM. The parties are directed to submit a joint status report -- no more than five pages -- describing the nature of the claims and defenses, discovery status, and summary of settlement efforts, if any. Report to be submitted three days prior to the status conference. Mailed notice (etv, ) (Entered: 11/20/2006) |
| 11/20/2006 | 50 | ATTORNEY Appearance for Plaintiff Omnicare, Inc. by Lee A. Freeman, Jr (Freeman, Lee) (Entered: 11/20/2006) |
| 11/20/2006 | 51 | ATTORNEY Appearance for Plaintiff Omnicare, Inc. by James T. Malysiak (Malysiak, James) (Entered: 11/20/2006) |
| 11/20/2006 | 52 | ATTORNEY Appearance for Plaintiff Omnicare, Inc. by Richard P. Campbell (Campbell, Richard) (Entered: 11/20/2006) |
| 11/27/2006 | 59 | ATTORNEY Appearance for Plaintiff Omnicare, Inc. by Susannah P. Torpey (eav, ) (Entered: 12/06/2006) |
| 11/27/2006 | 61 | ATTORNEY Appearance for Plaintiff Omnicare, Inc. by Harvey Kurzweil (eav, ) (Entered: 12/06/2006) |
| 11/27/2006 | 62 | DESIGNATION of local counsel by Omnicare, Inc. (eav, ) (Entered: 12/06/2006) |
| 11/27/2006 | 64 | ATTORNEY Appearance for Plaintiff Omnicare, Inc. by Aldo A Badini (eav, ) (Entered: 12/06/2006) |
| 11/27/2006 | 66 | ATTORNEY Appearance for Plaintiff Omnicare, Inc. by Brian S. McGrath (eav, ) (Entered: 12/06/2006) |
| 11/27/2006 | 68 | ATTORNEY Appearance for Plaintiff Omnicare, Inc. by John D. Harkrider (eav, ) (Entered: 12/06/2006) |
| 11/29/2006 | 53 | ATTORNEY Appearance for Defendants UnitedHealth Group, Inc., Pacificare Health Systems, Inc., RxSolutions, Inc., RxSolutions, Inc. by James King Gardner (Gardner, James) (Entered: 11/29/2006) |
| 11/29/2006 | 54 | ATTORNEY Appearance for Defendants UnitedHealth Group, Inc., Pacificare Health Systems, Inc., RxSolutions, Inc., RxSolutions, Inc. by Athanasios Papadopoulos (Papadopoulos, Athanasios) (Entered: 11/29/2006) |
| 11/29/2006 | 55 | ATTORNEY Appearance for Defendants UnitedHealth Group, Inc., Pacificare Health Systems, Inc., RxSolutions, Inc. by Bethany Dianne Krueger (Krueger, Bethany) (Entered: 11/29/2006) |
| 12/01/2006 | 56 | APPLICATION for Leave to Appear Pro Hac Vice on behalf of UnitedHealth Group, |

| | | |
|---|---|---|
| | | Inc., Pacificare Health Systems, Inc., RxSolutions, Inc. by Jeffrey M. Bryan; Order entered granting leave by Judge Rebecca R. Pallmeyer. Filing fee $ 100 paid, receipt number 10336767 (eav, ) (Entered: 12/06/2006) |
| 12/01/2006 | 57 | APPLICATION for Leave to Appear Pro Hac Vice on behalf of UnitedHealth Group, Inc., Pacificare Health Systems, Inc., RxSolutions, Inc. by Thomas J Undlin; Order entered granting leave by Judge Rebecca R. Pallmeyer. Filing fee $ 100 paid, receipt number 10336767 (eav, ) (Entered: 12/06/2006) |
| 12/01/2006 | 58 | APPLICATION for Leave to Appear Pro Hac Vice on behalf of UnitedHealth Group, Inc., Pacificare Health Systems, Inc., RxSolutions, Inc. by Michael V. Ciresi; Order entered granting leave by Judge Rebecca R. Pallmeyer. Filing fee $ 100 paid, receipt number 10336767 (eav, ) (Entered: 12/06/2006) |
| 12/01/2006 | 60 | APPLICATION for Leave to Appear Pro Hac Vice on behalf of Omnicare, Inc. by Susannah P. Torpey; Order entered granting leave by Judge Rebecca R. Pallmeyer. Filing fee $ 100 paid, receipt number 1113353 (eav, ) (Entered: 12/06/2006) |
| 12/01/2006 | 63 | APPLICATION for Leave to Appear Pro Hac Vice on behalf of Omnicare, Inc. by Harvey Kurzweil; Order entered granting leave by Judge Rebecca R. Pallmeyer. Filing fee $ 100 paid, receipt number 1113347 (eav, ) (Entered: 12/06/2006) |
| 12/01/2006 | 65 | APPLICATION for Leave to Appear Pro Hac Vice on behalf of Omnicare, Inc. by Aldo A Badini; Order entered granting leave by Judge Rebecca R. Pallmeyer. Filing fee $ 100 paid, receipt number 1113348 (eav, ) (Entered: 12/06/2006) |
| 12/01/2006 | 67 | APPLICATION for Leave to Appear Pro Hac Vice on behalf of Omnicare, Inc. by Brian S. McGrath; Order entered granting leave by Judge Rebecca R. Pallmeyer. Filing fee $ 100 paid, receipt number 1113349 (eav, ) (Entered: 12/06/2006) |
| 12/01/2006 | 69 | APPLICATION for Leave to Appear Pro Hac Vice on behalf of Omnicare, Inc. by John D. Harkrider; Order entered granting leave by Judge Rebecca R. Pallmeyer. Filing fee $ 100 paid, receipt number 1113350 (eav, ) (Entered: 12/06/2006) |
| 12/13/2006 | 70 | STATUS Report . *Joint Status Report* by UnitedHealth Group, Inc., Pacificare Health Systems, Inc., RxSolutions, Inc., Omnicare, Inc. (Kurzweil, Harvey) (Entered: 12/13/2006) |
| 12/14/2006 | 71 | AFFIDAVIT of Service filed by Plaintiff Omnicare, Inc. regarding Joint Status Report on 12/14/06 (Kurzweil, Harvey) (Entered: 12/14/2006) |
| 12/18/2006 | 72 | MINUTE entry before Judge Rebecca R. Pallmeyer :Status hearing held on 12/18/2006. Defendant's renewed motion to dismiss plaintiff's antitrust claims to be filed by 12/22/06, opposition due 1/22/07; reply due 1/29/07. Written responses to document requests (including Omnicare's 8/22/06 requests) due 1/19/07. Production of documents responsive to the first set of requests for the production of documents served on 8/22/06 due 2/5/07. Substantial completion of all document production by 3/15/07. The court will schedule a Rule 16 conference shortly after ruling on the motion to dismiss.Status |

| | | |
|---|---|---|
| | | hearing set for 2/27/2007 at 9:00 AM.Mailed notice (eav, ) (Entered: 12/20/2006) |
| 12/22/2006 | 73 | MOTION by Defendants UnitedHealth Group, Inc., Pacificare Health Systems, Inc., RxSolutions, Inc. to dismiss *Defendants' Motion to Dismiss Counts I and II of Plaintiff's First Supplemental and Amended Complaint* (Papadopoulos, Athanasios) (Entered: 12/22/2006) |
| 12/22/2006 | 74 | MEMORANDUM *Memorandum in Support of Defendants' Motion to Dismiss Counts I and II of Plaintiff's First Supplemental and Amended Complaint* (Attachments: # 1 Exhibit A)(Papadopoulos, Athanasios) (Entered: 12/22/2006) |
| 12/22/2006 | 75 | CERTIFICATE of Service by Athanasios Papadopoulos on behalf of all defendants (Papadopoulos, Athanasios) (Entered: 12/22/2006) |
| 01/22/2007 | 76 | MEMORANDMUM by Omnicare, Inc. in Opposition to motion to dismiss, 73 (Kurzweil, Harvey) (Entered: 01/22/2007) |
| 01/23/2007 | 79 | APPLICATION for Leave to Appear Pro Hac Vice on behalf of UnitedHealth Group, Inc., Pacificare Health Systems, Inc., RxSolutions, Inc. by Christopher W. Madel; Order entered granting leave by Judge Rebecca R. Pallmeyer. Filing fee $ 100 paid, receipt number 10337780 (eav, ) (Entered: 01/26/2007) |
| 01/24/2007 | 77 | MOTION by Defendants UnitedHealth Group, Inc., Pacificare Health Systems, Inc., RxSolutions, Inc., Plaintiff Omnicare, Inc. for protective order *Joint Motion for Entry of Protective Order* (Attachments: # 1)(Papadopoulos, Athanasios) (Entered: 01/24/2007) |
| 01/24/2007 | 78 | *Notice of Joint Motion* NOTICE of Motion by Athanasios Papadopoulos for presentment of motion for protective order 77 before Honorable Rebecca R. Pallmeyer on 1/29/2007 at 08:45 AM. (Papadopoulos, Athanasios) (Entered: 01/24/2007) |
| 01/26/2007 | 81 | MINUTE entry before Judge Rebecca R. Pallmeyer : Joint motion for entry of protective order 77 is granted. Enter Protective Order.Mailed notice (mb, ) (Entered: 01/31/2007) |
| 01/26/2007 | 82 | PROTECTIVE Order Signed by Judge Rebecca R. Pallmeyer on 1/26/2007.(mb, ) (Entered: 01/31/2007) |
| 01/29/2007 | 80 | REPLY by Defendants UnitedHealth Group, Inc., Pacificare Health Systems, Inc., RxSolutions, Inc. to certificate of service 75, motion to dismiss, 73, memorandum in support of motion 74 *to Dismiss Counts I and II of Plaintiff's First Supplemental and Amended Complaint* (Undlin, Thomas) (Entered: 01/29/2007) |
| 02/12/2007 | 83 | NOTICE of Motion by Harvey Kurzweil for presentment of before Honorable Rebecca R. Pallmeyer on 2/14/2007 at 08:45 AM. (Kurzweil, Harvey) (Entered: 02/12/2007) |
| 02/12/2007 | 84 | DECLARATION of Brian S. McGrath regarding notice of motion 83 by Omnicare, Inc. *Declaration of Brian S. McGrath In Support of Plaintiff's Motion To Compel* (Attachments: # 1 Exhibit A# 2 Exhibit B# 3 Exhibit C# 4 Exhibit D# 5 Exhibit E# 6 Exhibit F# 7 Exhibit G# 8 Exhibit H# 9 Exhibit I# 10 Exhibit J# 11 Exhibit K# 12 |

| | | |
|---|---|---|
| | | Exhibit L# 13 Exhibit M# 14 Exhibit N)(Kurzweil, Harvey) (Entered: 02/12/2007) |
| 02/12/2007 | 85 | MEMORANDUM . *Omnicares, Inc.'s Motion To Compel Production Of Documents Responsive To Its First Set Of Document Requests For Production Of Documents and Things To Defendants* (Kurzweil, Harvey) (Entered: 02/12/2007) |
| 02/13/2007 | 92 | ATTORNEY Appearance for Plaintiff Omnicare, Inc. by George E. Mastoris (eav, ) (Entered: 02/20/2007) |
| 02/14/2007 | 86 | MINUTE entry before Judge Rebecca R. Pallmeyer : Omnicare's motion to compel granted. The court expects substantial production will have taken place before the next status date of 02/27/07. Mailed notice (ar, ) (Entered: 02/15/2007) |
| 02/15/2007 | 87 | ATTORNEY Appearance for Defendants UnitedHealth Group, Inc., Pacificare Health Systems, Inc., RxSolutions, Inc. by Christopher W. Madel (Madel, Christopher) (Entered: 02/15/2007) |
| 02/15/2007 | 93 | APPLICATION for Leave to Appear Pro Hac Vice on behalf of Omnicare, Inc. by George E. Mastoris; Order entered granting leave by Judge Rebecca R. Pallmeyer. Filing fee $ 100 paid, receipt number 10338126 (eav, ) (Entered: 02/20/2007) |
| 02/16/2007 | 88 | ATTORNEY Appearance for Defendants UnitedHealth Group, Inc., Pacificare Health Systems, Inc., RxSolutions, Inc. by Michael V. Ciresi (Ciresi, Michael) (Entered: 02/16/2007) |
| 02/16/2007 | 89 | ATTORNEY Appearance for Defendants UnitedHealth Group, Inc., Pacificare Health Systems, Inc., RxSolutions, Inc. by Thomas J Undlin (Undlin, Thomas) (Entered: 02/16/2007) |
| 02/16/2007 | 90 | ATTORNEY Appearance for Defendants UnitedHealth Group, Inc., Pacificare Health Systems, Inc., RxSolutions, Inc. by Jeffrey M. Bryan (Bryan, Jeffrey) (Entered: 02/16/2007) |
| 02/16/2007 | 91 | ATTORNEY Appearance for Defendants UnitedHealth Group, Inc., Pacificare Health Systems, Inc., RxSolutions, Inc. by Stephen P. Safranski (Safranski, Stephen) (Entered: 02/16/2007) |

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 02/21/2007 11:13:49 | | | |
| PACER Login: | pb0014 | Client Code: | 013599.0119wjames |
| Description: | Docket Report | Search Criteria: | 1:06-cv-06235 |
| Billable Pages: | 6 | Cost: | 0.48 |