Declaration of George M. Borababy

Exhibit # 22

| | Home | ASCP Foundation | CCGP | Calendar | Discussion |

**AMERICAN SOCIETY OF CONSULTANT PHARMACISTS**

Advanced

| Join ASCP | Earn CE Credit | Develop Your Practice | Explore Policy Issues | Read All About It |

- About ASCP
- Education & Meetings
- Practice Resources
- Government Affairs & Advocacy
- Publications
- For Our Members
- For Students & Recent Graduates
- For Industry Partners
- For Public/Consumers

## ABOUT ASCP

ASCP Home > About ASCP

### About ASCP

**Vision**

The American Society of Consultant Pharmacists envisions a future in which:

- The senior population realizes improved quality of care and quality of life throught the provision of pharmacueticl care.
- Consultant and senior care pharmacists are essential professionals in healthcare systems and are recognized and valued for their care of patients.
- ASCP is the achnowledged leader in consultant and senior care pharmacy practice.

**Mission**

The American Society of Consultant Pharmacists (ASCP) is the international professional association that provides leadership, education, advocacy, and resources to advance the practice of consultant and senior care pharmacy.

**Core Values**

To fulfill this mission, ASCP continuously pursues excellence as a:

- *Leader*, defining and promoting the highest standards of practice for the consultant and senior care pharmacist
- *Advocate*, working in the best interests of seniors and their pharmacists
- *Expert*, providing a source for accurate information, technical expertise, and practical knowledge
- *Educator*, stimulating the professional growth and development of the consultant and senior care pharmacist
- *Innovator*, providing practical, cutting-edge solutions to issues and challenges in the provision of quality pharmacueitcal care
- *Partner*, valued and respected by other organizations in the joint pursuit of mutual interests and common goals
- *Mentor*, bringing together people and ideas, and providing an environment for fellowship within the profession.

**Core Strengths**

ASCP excels in the areas of:

- Knowledge and skills in geriatric pharmacotherapy and


Mem

Need a p


Affiliate


Upcomi

**May 21 -**
Geriatrics
Midyear C
Exhibition
Florida

**July 27 -**
Midwest F
Conferenc

**August 2**
Mid-Atlan
Solomons

View the



the unique medication-related needs of seniors and long-term care residents
- Expertise in long-term care settings for the frail at-risk elderly
- Patient-centered advocate for seniors at-risk for medication-related problems.

In their role as medication therapy experts, consultant and senior care pharmacists:

- Take responsibility for their patients' medication-related needs
- Ensure that their patients' medications are the most appropriate, the most effective, the safest possible, and are used correctly; and
- Identify, resolve, and prevent medication-related problems that may interfere with the goals of therapy.

ASCP's 6,000+ members manage and improve drug therapy and improve the quality of life of geriatric patients and other individuals residing in a variety of environments, including nursing facilities, subacute care and assisted living facilities, psychiatric hospitals, hospice programs, and home and community-based care. In addition, 3,500+ pharmacy student members of ASCP demonstrate their identification with and support of ASCP's mission and vision to serve seniors wherever they reside.

ASCP Awards

ASCP Bylaws (PDF)

ASCP Fact Sheet

ASCP Leadership

ASCP Policy Page

ASCP Strategic Plan (PDF)

Calendar of Events

Consumer Information

Contact ASCP

Employment

Join ASCP

Links

ASCP's Prescription for Quality Care: Preventing Medication Related Problems Among Older Adults

Resource List of Associations and Organizations

Site Map

**American Society of Consultant Pharmacists**
1321 Duke Street
Alexandria, VA 22314-3563

Case 1:06-cv-01221-ESH    Document 13-29    Filed 02/21/2007    Page 4 of 4

Telephone: 703-739-1300
Fax: 703-739-1321
Email: info@ascp.com

Print Page                                                                      Email Page

Copyright & Disclaimer • Privacy Statement • Guidelines for Web-based use of ASCP Content
American Society of Consultant Pharmacists • 1321 Duke Street • Alexandria, VA 22314-3563 • 703-739-1300 •