IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Long Term Care Pharmacy Alliance and )
American Society of Consultant Pharmacists, )
)
    Plaintiffs, )
)
v. )    Case No. 1:06-CV-01221 (ESH)
)
UnitedHealth Group Incorporated, )
)
    Defendant. )
)

### Notice of Errata

We wanted to bring to the Court's attention the following citations that need to be corrected in Plaintiffs' Memorandum and Points of Authorities in Opposition to Defendant's Motion to Dismiss, timely filed yesterday, February 21, 2007.

On page 10, footnote 5, the case of *Vill. of Bensenville v. FAA* should be cited as 376 F.3d 1114, 1118-19 (D.C. Cir. 2004).

On page 19, the case of *Satellite Broadcasting Cable, Inc. v. Telefonica De Espana* should be cited as 786 F.Supp. 1089 (Dist. P.R. 1992).

On page 29, the case of *AGS Intern. Services S.A.*, should be cited as 346 F.Supp. 2d at 79.

On page 31, the *AGS* case should be cited as 346 F.Supp. 2d at 75-56.

                                                                                     David J. Farber

4868615