IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Long Term Care Pharmacy Alliance and American Society of Consultant Pharmacists, <br><br>Plaintiffs <br><br>v. <br><br>UnitedHealth Group, Inc., <br><br>Defendant | ) ) ) ) ) ) ) Case No.: 1:06-CV-01221 (ESH) ) ) ) ) ) |

## Proposed Order

Having considered Plaintiffs' Motion for a Temporary Restraining Order and Preliminary Injunction (the "Motion"), Defendant's Opposition thereto, and Plaintiffs' Reply in Support of the Motion, it is hereby:

**ORDERED** that the Plaintiffs' Motion is DENIED.

Dated this ____ day of March 2007

_____
Ellen Segal Huvelle
United States District Judge

Counsel to be notified:

| | |
|---|---|
| David Farber, Esq. <br> Harry Silver, Esq. <br> Patton Boggs <br> 2550 M Street, NW <br> Washington, DC 20037 <br><br> dfarber@pattonboggs.com <br> hsilver@pattonboggs.com <br><br> **Counsel for Plaintiffs** | Thomas F. Fitzgerald, Esq. <br> Michael J. Prame, Esq. <br> Mark C. Nielsen, Esq. <br> Groom Law Group, Chartered <br> 1701 Pennsylvania Avenue, NW <br> Washington, DC 20006 <br> tff@groom.com <br> mjp@groom.com <br> mcn@groom.com <br><br> **Counsel for Defendant** |