IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Long Term Care Pharmacy Alliance<br>    and<br>American Society Of<br>Consultant Pharmacists,<br>                    Plaintiffs,<br><br>            v.<br><br>UnitedHealth Group Incorporated,<br>                    Defendant. | Case No.:  01:06-CV-01221<br>(ESH) |

**PLAINTIFF'S RENEWED MOTION FOR**
**TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION**

On March 20, 2007, Defendant UnitedHealth Group notified counsel for the Plaintiff associations that it was withdrawing from its prior agreement not to mail checks reimbursing co-payments to dual eligible Medicare Part D beneficiaries exempted from such cost-sharing provisions. Having made this decision unilaterally and without warning, Plaintiffs had no choice but to renew its original Motion for a Temporary Restraining Order and Preliminary Injunction that had been withdrawn after the Defendant agreed to not mail any reimbursement checks. *See* Docket Nos. 3 and 4. At the Court's explicit request that no additional papers be filed, Plaintiffs stand on the Memorandum of Points and Authorities filed on July 6, 2006. *See* Docket No. 3. However, given that the Defendant ignored the Court's request and filed both an Opposition Brief and an Affidavit on March 22, 2007 (see Docket Nos. 16 and 17), Plaintiff hereby reserves the right to file revised papers, with the Court's leave, if these injunction proceedings go forward.

Thus, to prevent the impending harm posed by Defendant's renewed threat to begin sending co-payment reimbursement checks to Part D beneficiaries who did not owe or pay such cost sharing amounts, Plaintiffs Long Term Care Pharmacy Alliance ("LTCPA") and American Society of

4876886

Consultant Pharmacists ("ASCP"), on their own behalf and by and on behalf of their members and through their undersigned counsel, seek prospective injunctive relief pursuant to Rule 65(a) of the Federal Rules of Civil Procedure and Local Civil Rule 65.1, and hereby move this Honorable Court to enter a temporary restraining order and preliminary injunction against Defendant barring it from releasing improperly withheld prescription drug co-payment amounts to Medicare Part D Full Benefit Dual Eligible residents of nursing homes and other institutions.

        Respectfully submitted,

        /s/ David J. Farber
        David J. Farber (D.C. Bar No. 415899)
        PATTON BOGGS LLP
        2550 M Street, NW
        Washington, D.C. 20037
        Telephone: (202) 457-6000
        Facsimile: (202) 457-6315

        Counsel for Plaintiffs

Dated: March 23, 2007

4876886