A0 458 (Rev. 11/04 DC)-Appearance

# United States District Court
# For the District of Columbia

|  |  |  |
|---|---|---|
|  | ) |  |
| Plaintiff(s) | ) | **APPEARANCE** |
|  | ) |  |
|  | ) |  |
| vs. | ) | CASE NUMBER |
|  | ) |  |
|  | ) |  |
| Defendant(s) | ) |  |

To the Clerk of this court and all parties of record:

Please enter the appearance of _____ as counsel in this
                                (Attorney's Name)

case for:_____
                            (Name of party or parties)

_____  /S/ Thomas F. Fitzgerald
Date                                Signature

_____  _____
BAR IDENTIFICATION              Print Name

                                _____
                                Address

                                _____
                                City       State       Zip Code

                                _____
                                Phone Number