**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **Long Term Care Pharmacy Alliance and** | ) |
| **American Society of Consultant Pharmacists,** | ) |
| | ) |
| **Plaintiffs** | ) |
| | ) |
| **v.** | ) **Case No.:  1:06-CV-01221 (ESH)** |
| | ) |
| **UnitedHealth Group Inc.,** | ) |
| | ) |
| **Defendant** | ) |
| | ) |

<u>**Unopposed Motion to Admit Thomas F. Fitzgerald *Pro Hac Vice***</u>

Comes now Mark C. Nielsen, an attorney admitted to the Bar of this Court and in good standing, and, pursuant to LCvR 83.2(d), respectfully moves for the admission of Thomas F. Fitzgerald, Esq., *pro hac vice*, as counsel for Defendant in this proceeding. Plaintiffs do not oppose this Motion.  As grounds in support of this Motion, Movant states:

1.    Mr. Fitzgerald is a member in good standing of the Bar of the District of Columbia (Bar Number 358232).

2.    Mr. Fitzgerald is an experienced attorney and litigator, and he is a chosen representative of Defendant UnitedHealth Group, Inc.  Mr. Fitzgerald is a partner with the Groom Law Group, Chartered, located at 1701 Pennsylvania Avenue N.W., Washington, DC 20006.

3.    Mr. Fitzgerald is not currently, and previously never has been the subject of any disciplinary action by any state or federal bar association.

4.     Mr. Fitzgerald has not been admitted *pro hac vice* in this Court at any time in the last two years, and his application for admission to this Court will be submitted forthwith.

5.     Movant is satisfied that Mr. Fitzgerald possesses the character and skills required of a member of the Bar of this Court.

6.     As required by LCvR 83.2(d), a Declaration from Mr. Fitzgerald accompanies this Motion.

7.     As required by LCvR 7(m), Movant conferred with counsel for Plaintiffs in this action, and Plaintiffs do not oppose this Motion.

8.     Wherefore, Movant requests the admission of Thomas F. Fitzgerald, Esq., *pro hac vice*, as a representative of Defendant in this action.

Dated: March 27, 2007                                    Respectfully submitted,

                                                                  __/s/ Mark C. Nielsen_____
                                                                  Mark C. Nielsen (Bar No. 465220)
                                                                  Groom Law Group, Chartered
                                                                  1701 Pennsylvania Avenue, NW
                                                                  Washington, DC  20006
                                                                  Telephone:     202.857.0620
                                                                  Facsimile:     202.659.4503
                                                                  Email:         mcn@groom.com