IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **Long Term Care Pharmacy Alliance and American Society of Consultant Pharmacists,**  Plaintiffs  v.  **UnitedHealth Group Inc.,**  Defendant | Case No.: 1:06-CV-01221 (ESH) |

### Declaration of Thomas F. Fitzgerald in Support of Unopposed Motion for Admission *Pro Hac Vice*

Pursuant to section 28 U.S.C. § 1746, I, Thomas F. Fitzgerald, declare under penalty of perjury that the following is true and correct:

1. I am over 21 years of age, and I am competent to make this Declaration.

2. I make this Declaration based on personal knowledge.

3. I submit this Declaration is support of the unopposed motion for my admission *pro hac vice* in the above-captioned matter, as counsel for Defendant UnitedHealth Group, Inc.

4. I am a member in good standing of the Bar of the District of Columbia. My Bar Number is 358232.

5. I am an experienced attorney and litigator, and I have been retained by Defendant UnitedHealth Group, Inc., to represent it in the above-captioned matter.

6. I am a partner with the Groom Law Group, Chartered. My office address is 1701 Pennsylvania Avenue N.W., Washington, DC 20006. My telephone number is 202.857.0620.

7. I am not currently, and previously never have been, the subject of any disciplinary action by any state or federal bar association.

8. I have not been admitted *pro hac vice* in this Court at any time in the last two years.

9. I am familiar with the Rules of this Court, and my application for admission to this Court will be submitted forthwith.

Executed in Washington, DC, this 27th day of March, 2007.

_____
Thomas F. Fitzgerald