**CERTIFICATE OF SERVICE**

The undersigned certifies that a copy of the foregoing and a Proposed Order was served, via electronic delivery, on the 27th day of March 2007, upon the following:

David Farber, Esq.
Harry Silver, Esq.
Patton Boggs
2550 M Street, NW
Washington, DC  20037
dfarber@pattonboggs.com
hsilver@pattonboggs.com

Counsel for Plaintiffs

| | |
|---|---|
| March 27, 2007 | /s/ Mark C. Nielsen |
| | Mark C. Nielsen (Bar No. 465220) |
| | Groom Law Group, Chartered |
| | 1701 Pennsylvania Avenue, NW |
| | Washington, DC  20006 |
| | Telephone:    202.857.0620 |
| | Facsimile:    202.659.4503 |
| | Email:        mcn@groom.com |

**Counsel for Defendant**