# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **Long Term Care Pharmacy Alliance and American Society of Consultant Pharmacists,** )<br><br>**Plaintiffs** )<br><br>v. )<br><br>**UnitedHealth Group, Inc.,** )<br><br>**Defendant** ) | Case No.: 1:06-CV-01221 (ESH) |

## Proposed Order

Having considered the Unopposed Motion for Admission of Thomas F. Fitzgerald, *pro hac vice*, and the Declaration in support of the Motion, it is hereby:

**ORDERED** that the Motion is GRANTED, and Mr. Fitzgerald is admitted *pro hac* vice to represent Defendant in this action.

Dated this ___ day of March 2007

_____
Ellen Segal Huvelle
United States District Judge

Counsel to be notified:

| | |
|---|---|
| David Farber, Esq. | Michael J. Prame, Esq. |
| Harry Silver, Esq. | Mark C. Nielsen, Esq. |
| Patton Boggs | Groom Law Group, Chartered |
| 2550 M Street, NW | 1701 Pennsylvania Avenue, NW |
| Washington, DC 20037 | Washington, DC 20006 |
| dfarber@pattonboggs.com | mjp@groom.com |
| hsilver@pattonboggs.com | mcn@groom.com |
| **Counsel for Plaintiffs** | **Counsel for Defendant** |