# EXHIBIT # 6



April 20, 2007

Provider Pharmacy Network Participant:

In response to your inquiry regarding outstanding 2006 claims, please note that UnitedHealth Group ("UHG") has discontinued processing 2006 claims.

As you know, UHG extended the deadline for readjudicating 2006 claims in a good faith effort to provide every opportunity to resolve various issues, including those presented by CMS's retroactive subsidy-level changes. UHG repeatedly communicated the necessary deadlines and requirements for reprocessing 2006 claims. Because UHG is required to process and reconcile claims within the absolute constraints created by the CMS PDE-submission deadline of May 31, 2007, it can no longer re-process any 2006 claims.

We look forward to continuing to work with you on any 2007 claims issues which may arise.

Sincerely,

Kendra L. Olson
Director, Pharmacy Network
Ovations- A UnitedHealth Group Company
9900 Bren Road East
MN008-T440
Minnetonka, MN 55343
952-936-6406 phone
952-936-4933 fax
kendra_l_olson@uhc.com