IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **Long Term Care Pharmacy Alliance and American Society of Consultant Pharmacists**<br><br>　　　Plaintiffs,<br><br>v.<br><br>**UnitedHealth Group Inc.**<br><br>　　　Defendant. | Case No.: 1:06-CV-01221 (ESH) |

## DECLARATION OF MARK C. NIELSEN

Pursuant to section 28 U.S.C. § 1746, I, Mark C. Nielsen, declare under penalty of perjury that the following is true and correct:

1. I am over 21 years of age, and I am competent to make this Declaration.

2. I make this Declaration based on personal knowledge.

3. I am an attorney-at-law and a member of the Bar of the District of Columbia and of this Court. I am an associate with Groom Law Group, Chartered, which serves as counsel to Defendant UnitedHealth Group, Inc. ("UHG") in this action. I make this Declaration in support of Defendant's Motion to Dismiss Plaintiffs' Amended Complaint in this action.

4. Exhibit 1 to this Declaration is a copy of the transcript of a hearing held before the Hon. Ellen S. Huvelle on March 29, 2007 concerning Plaintiffs' motion for a temporary restraining order and a preliminary injunction in this action.

5. Exhibit 2 to this Declaration is a true and correct copy of a demand letter received by subsidiaries of UHG from counsel for Omnicare, Inc., dated May 8, 2007.

6. Exhibit 3 to this Declaration is a true and correct copy of a letter from Thomas F. Fitzgerald, Esq., to counsel for Omnicare, Inc., dated May 16, 2007.

7. Exhibit 4 to this Declaration is a true and correct copy of a memorandum issued by the U.S. Department of Health and Human Services' Centers for Medicare and Medicaid Services ("CMS"), dated May 5, 2006, regarding "Incorrect Cost Sharing Charges to Dual Eligible Beneficiaries."

8. Exhibit 5 to this Declaration is a true and correct copy of a "Tip Sheet" issued by CMS, dated April 16, 2006, entitled "How Medicare Drug Plan Members Can Seek Repayment of Premiums and Copayments."

9. Exhibit 6 to this Declaration is a true and correct copy of a response to a "Frequently Asked Question" issued by CMS, dated May 26, 2006, entitled "CMS Instructed Part D Plans . . . to Use 'Best Available Data' to Make Changes to Their Systems When They Have Knowledge that a Dual Eligible Beneficiary's Cost Sharing Level Is Not Correct."

10. Exhibit 7 to this Declaration is a true and correct copy of the Court's opinion in *Black Farmers & Agriculturalists Ass'n v. Veneman*, 2005 WL 711821 (D.D.C. March 29, 2005).

11. Exhibit 8 to this Declaration is a true and correct copy of the opinion issued by the U.S. Court of Appeals for the District of Columbia in *Action Alliance of Senior Citizens v. Leavitt*, -- F.3d --, 2007 WL 1119646 (D.C. Cir. April 17, 2007).

12. Exhibit 9 to this Declaration is a true and correct copy of a response to a "Frequently Asked Question" issued by CMS, dated April 20, 2006, entitled

"Reimbursement to LTC Pharmacies, for Retroactive Subsidy-level Cost Sharing Changes."

13.   Exhibit 10 to this Declaration is a true and correct copy of the December 22, 2006 guidance issued by CMS entitled "Reconciling Incorrect Cost Sharing Paid by LTC Pharmacies."

Executed in Washington, DC, on May 24, 2007.

*/s/ Mark C. Nielsen*
Mark C. Nielsen