


### Centers for Medicare & Medicaid Services

| Home | Medicare | Medicaid | SCHIP | About CMS | Regulations & Guidance | Research, Statistics, Data &
| People with Medicare & Medicaid | Questions | Careers | Newsroom | Contact CMS | Acrony

Answers   Submit Feedback   My Notifications                                    Help

| Section | Enter a Search Term: (optional) Search Tips |
| All | 7346 | Search |

Search By: Phrases

Powered by RIGHT NOW

| ID |
| 7346 |
| Products |
| Medicare |
| Prescription Drug Coverage |
| PDC- General Information |
| Drug Coverage Claims Data |
| Pharmacy |
| Prescription Drug Coverage Contracting |
| States |
| Date Created |
| 05/26/2006 10:23 AM |
| Last Updated |
| 05/26/2006 04:03 PM |

 Print Answer

Email Answer

**CMS instructed Part D plans on May 5, 2006 that they are required to use the "best available data" to make changes to their systems when they have knowledge that a dual eligible beneficiary's cost sharing level is not correct.**

**Feedback**
CMS instructed Part D plans on May 5, 2006 that they are required to use the "best available data" to make changes to their systems when they have knowledge that a dual eligible beneficiary's cost sharing level is not correct. What does CMS mean by best available data?

**Answer**
Part D plans have flexibility to develop their own procedures for determining whether best available information is sufficient to change or update their systems to reflect appropriate cost sharing levels for dual eligibles. For example, with respect to dual eligibles who are community residents, a Part D plan may rely on the beneficiary showing the contracted pharmacy a current Medicaid card or on information provided by a state Medicaid office as proof of low-income subsidy status. Since the Part D plan will not know the exact subsidy level for the dual eligible beneficiary, it should default the enrollee to a $2/$5 benefit package. For full benefit dual eligibles who are residents of long term care (LTC) facilities, a plan may develop procedures that rely on attestations from LTC pharmacy and facility personnel that certain residents who are enrollees of the plan are Medicaid eligible, have been or are expected to be residents of the facility for a full calendar month, and are under a Medicaid-covered stay. For LTC facility residents, Part D plans should rely on information that clearly indicates the elements necessary to
confirm Medicaid eligibility and LTC facility admission dates for purposes of establishing a full calendar month of LTC facility residency. This could include location codes on billing transactions from the LTC pharmacies, in conjunction with the

institutional attestations necessary to confirm Medicaid eligibility and LTC facility admission dates for a Medicaid-covered inpatient stay. As part of their procedures, Part D plans should keep appropriate records in order to reconcile low-income subsidy payments with CMS after the end of the contract year.

[ **Notify Me by Email if this Answer is Updated** ]

**How helpful was this answer?**
○ Very Helpful  ○ Somewhat Helpful
○ Not Helpful      [ Submit Rating ]

**Related Answers**
- What is the difference between TRC 037 (Enrollment Rejected, Invalid Date) and TRC 105 (Rejected; Invalid Effective Date for Election Type)?
- Since there is no date on the 01 transaction, what effective date is used?
- What should I do about the beneficiaries in my plan that requested premium withholding from SSA when I get the transaction reply instructing me to change them to Direct Bill?
- Can Part D plans restrict access to certain Part D drugs to "specialty" pharmacies within their Part D networks?
- How may PDP sponsors retain their CY2006 enrollees in CY2007 if experiencing a net loss of plans in a because of consolidation of existing plans resulting from either individual plan decisions or bid negotiations with CMS?

Back to Search Results ⇐

Department of Health & Human Services | Medicare.gov | Firstgov.gov
Web Policies & Important Links | Privacy Policy | Freedom of Information Act | No Fear Act
Centers for Medicare & Medicaid Services, 7500 Security Boulevard Baltimore, MD 21244