# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **Long Term Care Pharmacy Alliance and American Society of Consultant Pharmacists** )<br>)<br>)<br>**Plaintiffs,**          )<br>)<br>v.                                                 )<br>)<br>**UnitedHealth Group Incorporated,**  )<br>)<br>**Defendant**            )<br>) | Case No.:  1:06-CV-01221 (ESH) |

## Errata Notice of Proposed Order

Attached is the Proposed Order which was inadvertently not filed with Defendant's Motion to Dismiss Plaintiffs' Amended Complaint and its accompanying attachments.

May 25, 2007                                                    Respectfully submitted,

   /s/ Mark C. Nielsen
Mark C. Nielsen (Bar No. 465220)
Groom Law Group, Chartered
1701 Pennsylvania Avenue, NW
Washington, DC  20006
Telephone:    202.857.0620
Facsimile:     202.659.4503
Email:          mcn@groom.com

**Counsel for Defendant**