IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **Long Term Care Pharmacy Alliance and American Society of Consultant Pharmacists**  **Plaintiffs,**  v.  **UnitedHealth Group, Inc.**  **Defendant.** | )  )  )  )  )  )  ) Case No.: 1:06-CV-01221 (ESH)  )  )  )  )  ) |

### Proposed Order

Having considered the Motion to Dismiss Plaintiffs' Amended Complaint filed by Defendant UnitedHealth Group Incorporated ("UHG") for lack of subject matter jurisdiction and for failure to state a claim upon which relief can be granted, Plaintiffs' Opposition thereto, and the Defendant's Reply, it is hereby:

**ORDERED** that the Defendant's Motion to Dismiss is GRANTED, and the Amended Complaint is dismissed with prejudice.

Dated this ____ day of _____ 2007

                                                                                           _____
                                                                                           Ellen Segal Huvelle
                                                                                           United States District Judge

Counsel to be notified:

David Farber, Esq.
Patton Boggs
2550 M Street, NW
Washington, DC 20037

dfarber@pattonboggs.com

**Counsel for Plaintiffs**

Thomas F. Fitzgerald, Esq.
Mark C. Nielsen, Esq.
Groom Law Group, Chartered
1701 Pennsylvania Avenue, NW
Washington, DC 20006
tff@groom.com
mcn@groom.com

**Counsel for Defendant**