IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Long Term Care Pharmacy Alliance and American Society of Consultant Pharmacists,<br><br>Plaintiffs,<br><br>v.<br><br>UnitedHealth Group Incorporated,<br><br>Defendant. | Case No. 1:06-CV-01221 (ESH) |

### DECLARATION OF GEORGE M. BORABABY

I, George M. Borababy, hereby declare under penalty of perjury, pursuant to 28 U.S.C. § 1746, as follows:

1. I am over 21 years of age and am competent to make this Declaration.

2. I make this Declaration based on personal knowledge, except as to matters stated to be on information and belief.

3. I am an attorney-at-law and a member of the bars of the District of Columbia Court of Appeals and of this Court. I am a member of Patton Boggs LLP, counsel for Plaintiffs in this action. I make this Declaration in support of Plaintiffs' Opposition to Defendant's Motion to Dismiss Plaintiffs' Amended Verified Complaint in this action.

4. Exhibit 1 to this Declaration is a true and correct copy of the Transcript of the March 22, 2007 hearing in this case.

5. Exhibit 2 to this Declaration is a true and correct copy of the Transcript of the March 29, 2007 hearing in this case.

6. Exhibit 3 to this Declaration is a true and correct copy of the opinion in *American Medical Ass'n v. United Healthcare Corp.*, 2002 WL 31413668 (S.D.N.Y. 2002).

4891396

- 2 -

I hereby declare under penalty of perjury under 28 U.S.C.§ 1746 that the foregoing is true and correct to the best of my knowledge.

Executed in Washington, D.C., on June 7, 2007.

_____
George M. Borababy

4891396