IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Long Term Care Pharmacy Alliance and American Society of Consultant Pharmacists<br><br>Plaintiffs,<br><br>v.<br><br>UnitedHealth Group Inc.<br><br>Defendant. | Case No.: 1:06-CV-01221 (ESH) |

## DECLARATION OF MARK C. NIELSEN

Pursuant to section 28 U.S.C. § 1746, I, Mark C. Nielsen, declare under penalty of perjury that the following is true and correct:

1. I am over 21 years of age, and I am competent to make this Declaration.

2. I make this Declaration based on personal knowledge.

3. I am an attorney-at-law and a member of the Bar of the District of Columbia and of this Court. I am an associate with Groom Law Group, Chartered, which serves as counsel to Defendant UnitedHealth Group, Inc. ("UHG") in this action. I make this Declaration in support of UHG's Reply Memorandum in Support of Defendant's Motion to Dismiss Plaintiffs' Amended Complaint in this action.

4. Exhibit 1 to this Declaration is a true and correct copy of the opinion of the U.S. District Court for District of Minnesota issued in Dealer Store Owners Ass'n v. Sears, Roebuck & Co., 2006 WL 91335 (D. Minn. January 12, 2006).

5.  Exhibit 2 to this Declaration is a true and correct copy of the opinion of the U.S. District Court for the Southern District of Florida issued in <u>DDFA of South Florida, Inc. v. Dunkin' Donuts, Inc.</u>, 2002 WL 1187207 (S.D. Fla. May 22, 2002).

6.  Exhibit 3 to this Declaration is a true and correct copy of the opinion of the U.S. District Court for the Southern District of New York in <u>American Med. Ass'n v. United Healthcare Corp.</u>, 2002 WL 31413668 (S.D.N.Y. October 23, 2002)

7.  Exhibit 4 to this Declaration is a true and correct copy of the opinion of the U.S. District Court for the Northern District of New York in <u>Sherwin-Williams Co. v. Spitzer</u>, 2005 WL 2128938 (N.D.N.Y. August 24, 2005).

8.  Exhibit 5 to this Declaration is a true and correct copy of the opinion of the U.S. District Court for the Northern District of Texas in <u>Skidmore Energy, Inc. v. KPMG</u>, 2004 WL 3019097 (N.D. Tex. December 28, 2004).

9.  Exhibit 6 to this Declaration is a true and correct copy of the opinion of the Court of Appeals of Maryland in <u>Wells Fargo Home Mortgage, Inc. v. Neal</u>, --A.2d--, 2007 WL 1310141 (Ct. App. Md., May 7, 2007)

Executed in Washington, DC, on June 18, 2007.

_____
Mark C. Nielsen