IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **Long Term Care Pharmacy Alliance**<br>and<br>**American Society Of Consultant Pharmacists,**<br><br>Plaintiffs,<br>v.<br><br>**UnitedHealth Group Incorporated,**<br><br>Defendant. | Case No.: 01:06-CV-01221<br>(ESH) |

## ORDER

Upon determination that the above-captioned action and *Long Term Care Pharmacy Alliance, et al. v. Leavitt, et al.*, Case No. 1:07-cv-01115 present common issues of law and fact, that consolidation will promote convenience and judicial economy, that the presence of Defendants Leavitt, HHS, and CMS in this action is helpful to this dispute's resolution, it is hereby ordered, pursuant to Federal Rule of Civil Procedure 42(a) and 28 U.S.C. § 1651(a), that these actions are consolidated going forward.

Ordered this ___ day of _____, 2007.

_____
United States District Judge