IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **Long Term Care Pharmacy Alliance and American Society of Consultant Pharmacists,**<br><br>**Plaintiffs,**<br><br>v.<br><br>**UnitedHealth Group, Inc.,**<br><br>**Defendant.** | )<br>)<br>)<br>)<br>)<br>) Case No.: 1:06-CV-01221 (ESH)<br>)<br>)<br>)<br>)<br>) |

### Proposed Order

Having considered Plaintiffs' Motion to Consolidate Civil Action No. 01:06-cv-01221 (ESH) and No. 01:07-cv-01115 (ESH) (the "Motion to Consolidate"), Defendant's Opposition thereto, and the Plaintiffs' Reply, it is hereby:

**ORDERED** that the Plaintiffs' Motion to Consolidate is DENIED.

Dated this ____ day of _____ 2007        _____
                                                                        Ellen Segal Huvelle
                                                                        United States District Judge

Counsel to be notified:

| | |
|---|---|
| David Farber, Esq.<br>Harry Silver, Esq.<br>Patton Boggs<br>2550 M Street, NW<br>Washington, DC 20037<br><br>dfarber@pattonboggs.com<br>hsilver@pattonboggs.com<br><br>**Counsel for Plaintiffs** | Thomas F. Fitzgerald, Esq.<br>Michael J. Prame, Esq.<br>Mark C. Nielsen, Esq.<br>Groom Law Group, Chartered<br>1701 Pennsylvania Avenue, NW<br>Washington, DC 20006<br><br>tff@groom.com<br>mjp@groom.com<br>mcn@groom.com<br><br>**Counsel for Defendant** |