IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Long Term Care Pharmacy Alliance and American Society of Consultant Pharmacists,<br><br>　　　　Plaintiffs,<br><br>v.<br><br>UnitedHealth Group Inc.,<br><br>　　　　Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>) Case No.: 1:06-CV-01221 (ESH)<br>)<br>)<br>)<br>)<br>) |

### DECLARATION OF MARK C. NIELSEN

Pursuant to section 28 U.S.C. § 1746, I, Mark C. Nielsen, declare under penalty of perjury that the following is true and correct:

1. I am over 21 years of age, and I am competent to make this Declaration.

2. I make this Declaration based on personal knowledge.

3. I am an attorney-at-law and a member of the Bar of the District of Columbia and of this Court. I am an associate with Groom Law Group, Chartered, which serves as counsel to Defendant UnitedHealth Group, Inc. ("UHG") in this action. I make this Declaration in support of UHG's Notice of Supplemental Authority in support of UHG's Motion to Dismiss Plaintiffs' Amended Complaint.

4. Exhibit 1 to this Declaration is a true and correct copy of the opinion of the U.S. District Court for Southern District of New York issued in <u>American Medical Ass'n v. United Healthcare Corp.</u>, 00-cv-2800 (LMM), 2007 WL 1771498 (S.D.N.Y. June 18, 2007).

Executed in Washington, DC, on July 11, 2007.

_____
Mark C. Nielsen