# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

_____

LONG TERM CARE PHARMACY      )
ALLIANCE, *et al.,*      )
     )
         **Plaintiffs,**      )
     )
v.      )    **Civil Action No. 06-01221 (ESH)**
     )
UNITEDHEALTH GROUP, INC.,      )
     )
         **Defendant.**      )
_____ )

## ORDER

         For the reasons explained in the accompanying memorandum opinion, defendant's

motion to dismiss [Dkt. 25] is **GRANTED** and the above-captioned case is dismissed with

prejudice.

         Plaintiffs' motion to consolidate this action with *Long Term Care Pharmacy Alliance v.*

*Leavitt*, No. 07-01115 [Dkt. 29] is **DENIED AS MOOT**.


                                 _____/s/_____
                                   ELLEN SEGAL HUVELLE
                                   United States District Judge

Date: July 30, 2007